UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO, *et al.*,

    Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

**THIS CAUSE** has come before the Court on the Parties' Joint Motion to Extend Scheduling Order Deadlines by Ninety Days (DE [198]) (the "Motion"). Upon careful consideration of the Motion, it is hereby

**ORDERED AND ADJUDGED** Motion to Extend Scheduling Order Deadlines (DE [198]) is **GRANTED.** The deadlines are extended as follows:

| Event | Deadline |
|---|---|
| Parties disclose experts and exchange expert witness summaries or reports. | **12/24/2020** |
| Parties exchange rebuttal expert witness summaries or reports. | **01/08/2021** |
| All discovery, including expert discovery, is completed. | **01/22/2021** |
| Parties must have completed mediation and filed a mediation report. | **12/25/2020** |

1

| | |
|---|---|
| All pre-trial motions and Daubert motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>**. | **02/05/2021** |
| Motions in limine are filed. | **04/16/2021** |
| Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. | **05/19/2021** |
| Calendar Call. | **June 4, 2021** |
| Trial Period. | **June 7, 2021** |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of September 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2