**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:20-CIV-60192-AHS**

SHANE VILLARINO, *et al*.,

      Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE,
INC., *et al*.,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

     Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc., (collectively, "Defendants"), hereby submit this Notice of Supplemental Authority in further support of Defendant's Response to Plaintiffs' Motion for Conditional Certification [D.E. 173]. The additional case law, attached hereto as Exhibit 1, did not exist at the time of filing of Defendants' Response.

     Respectfully submitted this 17th day of March, 2021.

By: *s/ Ronald J. Tomassi, Jr.*
Derek E. León, Esq.
  Florida Bar No. 625507
Ronald J. Tomassi, Jr.
  Florida Bar No. 29751
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone:  305.740.1975
Email: dleon@leoncosgrove.com
Email: rtomassi@leoncosgrove.com

Rebecca L. Gibson, Esq.
Joel M. Androphy, Esq.
Caroline Gorman, Esq.
**BERG & ANDROPHY**
3704 Travis Street
Houston, Texas 77002
Telephone:  713-529-5622
Email: cgorman@bafirm.com
Email: rgibson@bafirm.com
Email: jandrophy@bafirm.com
*Admitted Pro Hac Vice*

***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 17, 2021, I electronically filed the foregoing with the

Clerk of the Court with a copy of the same to be served upon counsel via the CM/ECF system:

| | |
|---|---|
| Dion J. Cassata, Esq.<br>**CASSATA LAW, PLLC**<br>Boca Crown Centre<br>7999 North Federal Highway, Suite 202<br>Boca Raton, Florida 33487<br>Email: dion@cassatalaw.com<br>Phone: 954-364-7803 | Andrew R. Frisch, Esq.<br>**MORGAN & MORGAN, P.A.**<br>8151 Peters Road, 4th Floor<br>Plantation, FL 33324<br>Email: afrisch@forthepeople.com<br>Phone: 954-967-5377 |

*s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.