Pacesetter, Inc., FLSA Collective Action Administrator
Administrator's Address
City, State, Zip Code

# NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN

*This notice and its contents have been authorized by a federal court.  The Court takes no position on the merits of Plaintiffs' claims or of Pacesetter's defenses.*

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit, if you desire to do so.

# INTRODUCTION TO THE CASE

The lawsuit at issue was filed on January 29, 2020 in the United States District Court for the Southern District of Florida, against Defendants PACESETTER PERSONNEL SERVICE, INC., PACESETTER PERSONNEL SERVICE OF FLORIDA, INC., FLORIDA STAFFING SERVICE, INC., TAMPA SERVICE COMPANY, INC., and PACESETTER PERSONNEL SERVICES, LLC ("Pacesetter" or "Defendants"), entitled *Villarino, et al., vs. Pacestter Personnel Services, Inc.,* Case No. 20-60192-CIV-AHS. Plaintiffs are current and former hourly-paid "daily ticket" general laborers for Pacesetter.

The lawsuit alleges that Pacesetter violated the federal Fair Labor Standards Act (FLSA) because it failed to pay eligible employees minimum wages and/or overtime wages due for all weeks/hours worked. The lawsuit alleges that Pacesetter failed to count all hours worked by such employees and that Pacesetter made impermissible deductions to employees' pay for transportation to and from job sites and for company-issued equipment. The lawsuit is seeking back pay and liquidated damages from Pacesetter, as well as costs and attorneys' fees to compensate such eligible employees. Pacesetter denies the allegations, denies that it violated the law, and contends that it paid all employees in conformance with the law.

The Court has not yet decided whether Pacesetter has done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be. However, you may join Plaintiffs in this case. If you do not choose to do this, then you will not be entitled to share in any money award that is made in the case.

## 1. COMPOSITION OF THE CLASS

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they allege they are similarly situated. Specifically, Plaintiffs seeks to sue on behalf of:

(1) any and all hourly-paid "daily ticket" general labor employees who have worked for Pacesetter at any time within the past three years at the Fort Lauderdale Pacesetter locations; and

(2) all hourly-paid "daily ticket" general labor employees who have for Pacesetter at any time within the past three years, who worked in excess of 40 hours in a workweek in one or more workweeks at the Fort Lauderdale Pacesetter locations.

## 2. YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you fit either or both of the definitions above, <u>you may join this case (that is, you may "opt-in") by completing and mailing or emailing the attached "Consent to Become Party Plaintiff" form to Plaintiffs' counsel</u> at the following address:

Andrew R. Frisch, Esq.
MORGAN & MORGAN, P.A.
8581 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS [967-5377]

Facsimile: (954) 327-3013
AFrisch@forthepeople.com

**<u>The form must be sent to Plaintiffs' counsel within sixty (60) days from the date of mailing of this Notice.</u>** If you fail to return the Consent to Become Party Plaintiff, you may not be able to participate in this lawsuit. If you wish to obtain an attorney other than Plaintiffs' attorneys, you may do so.

## 3. EFFECT OF JOINING THIS CASE

If you choose to join in this case, you will be bound by any ruling, judgment, award, or settlement ultimately entered in this case, whether it is favorable or unfavorable. If you join this case, you may be required to respond to interrogatories and requests for production of documents, and/or have your testimony taken in a deposition under oath. You may also be responsible for a proportional amount of court costs in the event Defendants prevail. You may also be subject to other obligations from the Court, such as travel to or within the Southern District of Florida.

The attorneys for the class are being paid on a contingency fee basis, which means that if there is no recovery there will be no attorneys' fees. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. If you sign and return the Consent to Become Party Plaintiff form attached to this Notice, you are agreeing to the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any contingency agreement entered into by Plaintiffs with counsel, and to determine the adequacy and appropriateness of Plaintiffs' counsel's fees.

## 4. TO STAY OUT OF THE LAWSUIT

If you do not wish to be a part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the case in any way and will not be bound by or affected by the result, whether favorable or unfavorable. Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the Fair Labor Standards Act must be brought within two (2) years of the date the claim accrues, unless the employer's violation of the law was "willful," in which case the claim must be brought within three (3) years.

## 5. NO RETALIATION PERMITTED

Federal law prohibits Pacesetter from discharging or in any other manner discriminating against you because you "opt-in" to this case, or have in any other way exercised your own rights under the Fair Labor Standards Act.

**[CONTINUED ON NEXT PAGE]**

## 6. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this suit, your counsel in this action will be:

| | | |
|---|---|---|
| Andrew R. Frisch, Esq.<br>MORGAN & MORGAN, P.A.<br>8581 Peters Road, Suite 4000<br>Plantation, Florida 33324<br>Telephone: (954) WORKERS<br>Facsimile: (954) 327-3013<br>AFrisch@forthepeople.com | -and- | Dion J. Cassata, Esq.<br>CASSATA LAW, PLLC<br>7999 N. Federal Hwy., Suite 202<br>Boca Raton, FL 33487<br>Telephone: (954) 364-7803<br>Dion@cassatalaw.com |

## 7. DEFENDANTS' COUNSEL

Pacesetter is represented by:

| | | |
|---|---|---|
| Ronald J. Tomassi, Jr.<br>LEON COSGROVE, LLP<br>255 Alhambra Circle, 8th Floor<br>Miami, Florida 33134<br>Telephone: 305.740.1975<br><br>rtomassi@leoncosgrove.com | -and- | Carolyn K. Gorman, Esq.<br>Berg & Adrophy<br>3714 Travis St.<br>Houston, Texas 77002<br>Tel. 713.529.5622, ext. 126<br>cgorman@bafirm.com |

## 8. FURTHER INFORMATION

Further information about this Notice, the deadline for filing a Consent to Become Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by writing or phoning Plaintiffs' counsel at the telephone numbers, addresses and email addresses stated above. Other than to review the filings that have been made in this case, you may not contact the Court or the Clerk of the Court directly.

Dated:_____, 2021.