UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-CIV-60192-AHS

SHANE VILLARINO, *et al.*,

      Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE,
INC., *et al.*,

      Defendants.

_____/

**DEFENDANTS' MOTION TO EXTEND THE JANUARY 24, 2022 DEADLINE FOR DISCOVERY BY THIRTY (30) DAYS SOLELY TO PERMIT DEPOSITION OF DEFENDANTS' CORPORATE REPRESENTATIVE**

      Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc., (collectively, "Defendants"), by and through undersigned counsel, hereby move to extend the January 24, 2022 deadline for discovery to February 24, 2022, solely to permit Plaintiffs to take the deposition of Defendants' corporate representative.

      1.     On October 27, 2021, this Court issued an Order granting the Parties' Joint Motion to Extend All Scheduling Deadlines by Sixty (60) Days. [D.E. 510.]

      2.     This Order established a January 24, 2022, deadline for all discovery to be completed. *Id*.

      3.     On January 4, 2022, Plaintiffs noticed the deposition of Defendants' corporate representative for January 20, 2022.

4. However, Defendants' corporate representative has contracted COVID-19, and as of January 10, 2022, is too ill to adequately prepare or participate in a January 20 deposition.

5. Accordingly, in light of the above circumstances, Defendants request that the January 24, 2022 deadline for discovery, established by this Court's Scheduling Order [D.E. 510], be extended by thirty (30) days to February 24, 2022 <u>only</u> for the corporate representative deposition, and that no other discovery be permitted during this extended discovery period.

6. Discovery has been open in this case since February 20, 2020—twenty-three (23) months and six-hundred and eighty-nine (689) days. [D.E. 136] (Scheduling Order). Nevertheless, Plaintiffs elected to wait to notice Defendants' corporate representative's deposition for a date four (4) days before the discovery cut-off. Unfortunately, the designated representative's health is now making this eleventh-hour deposition virtually impossible. Defendants, who have zealously pursued their case and completed discovery and who are willing to extend the discovery deadline to allow Plaintiffs to seek this deposition, should not now be prejudiced by Plaintiffs' delay in seeking their discovery.

7. This motion is not brought for purposes of delay and the granting of this Motion will not prejudice the Parties. Indeed, granting this Motion would benefit Plaintiffs as it would allow them to take the corporate representative's deposition beyond the current deadline to do so. Moreover, good cause exists to support the requested extension.

8. Pursuant to S.D. Fla. L.R. 7.1(a)(2), a proposed order granting the relief sought herein is attached to this Motion. The final version of the proposed order will be e-mailed to the Honorable District Court Judge Raag Singhal (singhal@flsd.uscourts.gov) pursuant to the Administrative Procedures for Case Management Electronic Case Filing CM/ECF of this Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order: (1) extending the January 24, 2022, deadline for discovery set forth in the Court's October 27, 2021, operative Scheduling Order [D.E. 510] by thirty (30) days to February 24, 2022, solely to permit the deposition of Defendants' corporate representative and (2) granting such other and further relief as the Court deems just and proper under the circumstances.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERENCE

On January 10, 2022, in conformance with Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel, Caroline Gorman, conferred with Plaintiffs' counsel, who indicated that Plaintiffs oppose an extension solely for the deposition of the corporate representative, but instead prefer an extension of all discovery without limitation.

Respectfully submitted this 11th day of January, 2022.

By: *s/ Ronald J. Tomassi, Jr.*
Ronald J. Tomassi, Jr.
 Florida Bar No. 29751
Derek E. León, Esq.
 Florida Bar No. 625507
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone:  305-740-1975
Email: dleon@leoncosgrove.com
Email: rtomassi@leoncosgrove.com

Joel M. Androphy, Esq.
Caroline Gorman, Esq.
**BERG & ANDROPHY**
3704 Travis Street
Houston, Texas 77002
Telephone:  713-529-5622
Email: cgorman@bafirm.com
Email: jandrophy@bafirm.com
*Admitted Pro Hac Vice*

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court with a copy of the same to be served upon counsel via the CM/ECF system:

| | |
|---|---|
| Dion J. Cassata, Esq. | Andrew R. Frisch, Esq. |
| **CASSATA LAW, PLLC** | **MORGAN & MORGAN, P.A.** |
| Boca Crown Centre | 8151 Peters Road, 4th Floor |
| 7999 North Federal Highway, Suite 202 | Plantation, FL 33324 |
| Boca Raton, Florida 33487 | Email: dion@cassatalaw.com |
| Email: dion@cassatalaw.com | Phone: 954-967-5377 |
| Phone: 954-364-7803 | |