UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-CIV-60192-AHS

SHANE VILLARINO, *et al.*,

    Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC., *et al.*,

    Defendants.
_____/

### [PROPOSED ORDER GRANTING] DEFENDANTS' MOTION TO EXTEND THE JANUARY 24, 2022 DEADLINE FOR DISCOVERY BY THIRTY (30) DAYS SOLELY TO PERMIT DEPOSITION OF DEFENDANTS' CORPORATE REPRESENTATIVE

THIS CAUSE came before the Court on Defendants' Motion to Extend the January 24, 2022 Deadline for Discovery by Thirty (30) Days Solely to Permit the Deposition of Defendants' Corporate Representative. Upon careful consideration of the Motion, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is GRANTED.  The January 24, 2022, deadline for discovery is extended to February 24, 2022, solely to permit the deposition of Defendants' corporate representative.

DONE AND ORDERED in Chambers, this ___ day of January, 2022.

 

_____
HONORABLE RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record