UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO, *et al.*,

    Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC., *et al.*,

    Defendants.

_____/

## ORDER EXTENDING DISCOVERY

**THIS CAUSE** has come before the Court on the Defendants' Motion to Extend Discovery (DE 525]).  Discovery in this case closes on January 24, 2022.  Defendants' 30(b)(6) corporate representative was scheduled for deposition on January 20, 2022, but the witness is ill.  Defendants ask to extend discovery for 30 days solely to permit Plaintiffs to depose Defendants' corporate representative.

Plaintiffs do not oppose the request but ask that discovery be extended for all purposes.  Alternatively, Plaintiffs ask that the discovery period be re-opened to permit them to take the deposition of Marc Plotkin, who is Executive Vice-President of Pacesetter Personnel Services.  Defendants oppose any extension of the discovery deadline other than for the taking of their corporate representative's deposition.

Plaintiffs do not offer any valid reason for extending the discovery deadline for all purposes.  But the Court concludes that the discovery deadline should be extended to permit Plaintiffs to depose Marc Plotkin.  Plotkin submitted a Declaration in this case (DE [173-1]) and signed interrogatories; until recently, he was also the designated

corporate representative. Thus, Plaintiffs will be permitted to depose Marc Plotkin, but the deposition will be limited to matters contained in Plotkin's Declaration (DE [173-1]) and Defendants' Answers to Interrogatories. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Extend Discovery (DE [525]) is **GRANTED.** The discovery deadline is extended until February 24, 2022, solely to permit the depositions of Defendants' corporate representative and Marc Plotkin, as limited by this Order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of January 2022.

RAAG SINGHAL
United States District Judge

Copies furnished counsel via CM/ECF