# EXHIBIT 2

# Sign-In Policy

This is to certify that I have completed the Employment Application for Pacesetter Personnel Services.

If I am making myself available for work on any day at Pacesetter Personnel Services, I clearly understand that I must physically sign-in no later than 8 a.m.

I must physically report back to Pacesetter Personnel Services to make myself available to work and/or receive my next assignment by the next business day for another assignment, otherwise, I will be deemed to have voluntarily quit and my unemployment benefits may be jeopardized. Daily work is available.

If I do not sign in by 8 a.m., my unemployment benefits may be jeopardized.

I understand that most assignments have been filled by 8:00 a.m., therefore it is critical that I sign in before 8:00 a.m.

I understand that I am an employee of Pacesetter Personnel Services on a temporary assignment and that, if for any reason my temporary assignment is terminated or ends I understand that calling in available to the PPS offices **WILL NOT BE ACCEPTED**!

I understand that there is no reason/excuse not to contact PPS at the end of each work assignment unless I no longer wish to be employed by PPS.

I understand that only PPS has the right to re-assign, control, direct and discharge the applicant. The entity to which you are assigned may direct and control your activities while at their place of business or job site.

I understand that Pacesetter Personnel Services is a Drug-Free Workplace, and I am subject to random drug tests.

Report ALL injuries, no matter how minor, to your supervisor immediately and to the PPS office.

This document will become part of my employment file.

This is the company's policy and I must abide by that policy.

My signature below attests that I have read the Sign In Policy, understand it, and agree to abide by the policy.

SHANE VILLARINO  
Applicant/Employee Print Name

***8937  
Social Security Number

Applicant/Employee Signature

4/19/2017  
Today's Date

REV 11/09/2015

DEFENDANT000014

# Sign-In Policy

This is to certify that I have completed the Employment Application for Pacesetter Personnel Services.

If I am making myself available for work on any day at Pacesetter Personnel Services, I clearly understand that I must physically sign-in no later than 8 a.m.

I must physically report back to Pacesetter Personnel Services to make myself available to work and/or receive my next assignment by the next business day for another assignment, otherwise, I will be deemed to have voluntarily quit and my unemployment benefits may be jeopardized. Daily work is available.

If I do not sign in by 8 a.m., my unemployment benefits may be jeopardized.

I understand that most assignments have been filled by 8:00 a.m., therefore it is critical that I sign in before 8:00 a.m.

I understand that I am an employee of Pacesetter Personnel Services on a temporary assignment and that, if for any reason my temporary assignment is terminated or ends I understand that calling in available to the PPS offices **WILL NOT BE ACCEPTED**!

I understand that there is no reason/excuse not to contact PPS at the end of each work assignment unless I no longer wish to be employed by PPS.

I understand that only PPS has the right to re-assign, control, direct and discharge the applicant. The entity to which you are assigned may direct and control your activities while at their place of business or job site.

I understand that Pacesetter Personnel Services is a Drug-Free Workplace, and I am subject to random drug tests.

Report ALL injuries, no matter how minor, to your supervisor immediately and to the PPS office.

This document will become part of my employment file.

This is the company's policy and I must abide by that policy.

My signature below attests that I have read the Sign In Policy, understand it, and agree to abide by the policy.

LAURA J JOHNSON
Applicant/Employee Print Name

▇-2463
Social Security Number

[signature]

Applicant/Employee Signature

6/26/2018
Today's Date

# Sign-In Policy

This is to certify that I have completed the Employment Application for Pacesetter Personnel Services.

If I am making myself available for work on any day at Pacesetter Personnel Services, I clearly understand that I must physically sign-in no later than 8 a.m.

I must physically report back to Pacesetter Personnel Services to make myself available to work and/or receive my next assignment by the next business day for another assignment, otherwise, I will be deemed to have voluntarily quit and my unemployment benefits may be jeopardized. <u>Daily work is available.</u>

If I do not sign in by 8 a.m., my unemployment benefits may be jeopardized.

I understand that most assignments have been filled by 8:00 a.m., therefore it is critical that I sign in before 8:00 a.m.

I understand that I am an employee of Pacesetter Personnel Services on a temporary assignment and that, if for any reason my temporary assignment is terminated or ends I understand that calling in available to the PPS offices **<u>WILL NOT BE ACCEPTED</u>**!

I understand that there is no reason/excuse not to contact PPS at the end of each work assignment unless I no longer wish to be employed by PPS.

I understand that only PPS has the right to re-assign, control, direct and discharge the applicant. The entity to which you are assigned may direct and control your activities while at their place of business or job site.

I understand that Pacesetter Personnel Services is a Drug-Free Workplace, and I am subject to random drug tests.

Report ALL injuries, no matter how minor, to your supervisor immediately <u>and</u> to the PPS office.

This document will become part of my employment file.

This is the company's policy and I must abide by that policy.

My signature below attests that I have read the Sign In Policy, understand it, and agree to abide by the policy.

JEFFERY MONDY
Applicant/Employee Print Name

[signature]
Applicant/Employee Signature

▇0154
Social Security Number

10/15/2016
Today's Date

# Sign-In Policy

This is to certify that I have completed the Employment Application for Pacesetter Personnel Services.

If I am making myself available for work on any day at Pacesetter Personnel Services, I clearly understand that I must physically sign-in no later than 8 a.m.

I must physically report back to Pacesetter Personnel Services to make myself available to work and/or receive my next assignment by the next business day for another assignment, otherwise, I will be deemed to have voluntarily quit and my unemployment benefits may be jeopardized. Daily work is available.

If I do not sign in by 8 a.m., my unemployment benefits may be jeopardized.

I understand that most assignments have been filled by 8:00 a.m., therefore it is critical that I sign in before 8:00 a.m.

I understand that I am an employee of Pacesetter Personnel Services on a temporary assignment and that, if for any reason my temporary assignment is terminated or ends I understand that calling in available to the PPS offices **WILL NOT BE ACCEPTED**!

I understand that there is no reason/excuse not to contact PPS at the end of each work assignment unless I no longer wish to be employed by PPS.

I understand that only PPS has the right to re-assign, control, direct and discharge the applicant. The entity to which you are assigned may direct and control your activities while at their place of business or job site.

I understand that Pacesetter Personnel Services is a Drug-Free Workplace, and I am subject to random drug tests.

Report ALL injuries, no matter how minor, to your supervisor immediately and to the PPS office.

This document will become part of my employment file.

This is the company's policy and I must abide by that policy.

My signature below attests that I have read the Sign In Policy, understand it, and agree to abide by the policy.

JEROME G GUNN
Applicant/Employee Print Name

████0800
Social Security Number

*[signature]*
Applicant/Employee Signature

5/18/2017
Today's Date