# EXHIBIT 3

Notice: Insurance restrictions prohibit workers from working on rooftops, ladders and scaffolding more than 6 feet above ground level.

# Pacesetter PERSONNEL SERVICES

(954) 491-3001
FTLAUDER

1-866-GET-LABOR | www.pps.com

NO. 55147  LAURA Johnson

**DAILY TIME TICKET**

CUSTOMER: STELLAR DEVELOPMENT
5566 FLAMINGO RD
COOPER CITY
ACCOUNT NO. 106721

SPECIAL INSTRUCTIONS:
Trans: Rider
OSHA/BROOM/FLAT ROOF CLEANUP

WILL BE ON ROOF CLEANUP

REPORT TO: DATHAN
JOB SITE:
TIME: 7AM
DATE: 09/06/18

## TO THE CUSTOMER

There is a four hour minimum charge per employee per day.
Please fill in the hours worked by the employee rounded to the next quarter hour and sign below.
Retain one copy. Do not advance money or pay employees for services rendered as you will be billed.
THIS TIME TICKET AND THE SERVICES PROVIDED HEREUNDER ARE SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

Thank You for Calling

| START | LUNCH | FINISH | TOTAL HOURS WORKED |
|-------|-------|--------|---------------------|
| 6:30  | 30    | 4:30   | 9.5                 |

X _Dathan de la P___ AUTHORIZED SIGNATURE
_Dathan de la Peza_ PRINTED NAME & TITLE

## HOW MANY WORKERS TOMORROW?

DATE: 9-7-18  TIME: 7AM  NO. OF WORKERS: 1

### HOW IS OUR SERVICE?
☐ EXCELLENT  ☐ GOOD  ☐ FAIR  ☐ POOR

If our service is anything less than **EXCELLENT**, please contact us at customercare@pps.com

FOR OFFICE USE ONLY

☐ BOOTS          ☑ SQUARE SHOVEL ✓   ☑ BROOM ✓
☐ DUST MASK      ☐ ROUND SHOVEL       ☐ CLOTH GLOVES
☐ SAFETY GOGGLES ☑ HARD HAT ✓         ☐ LEATHER GLOVES
☐ SAFETY GLASSES ☐ RAINCOAT           ☐ WEIGHT BELT
☐ OTHER _____

EMPLOYEE NAME
EMPLOYEE NUMBER

1. I HAVE NOT BEEN INVOLVED IN AN ACCIDENT, NOR HAVE I SUSTAINED AN INJURY WHILE WORKING ON THIS ASSIGNMENT.
2. I HAVE NO PREVIOUS HEAD, NECK OR BACK INJURY.
3. WHEN MY ASSIGNMENT IS COMPLETED, I MUST REPORT BACK THE NEXT BUSINESS DAY TO PACESETTER PERSONNEL SERVICES (PPS) FOR REASSIGNMENT. IF I FAIL TO REPORT BACK, MY UNEMPLOYMENT BENEFITS MAY BE JEOPARDIZED.
4. SHOULD I FAIL TO RETURN ANY EQUIPMENT LISTED WHICH HAS BEEN LOANED TO ME BY PPS, I AUTHORIZE THE COMPANY TO DEDUCT THE COST OF SUCH EQUIPMENT FROM MY PAY.
5. MY SIGNATURE ATTESTS THAT I AGREE TO THE ABOVE ITEMS AND THAT I HAVE BEEN PAID IN FULL.

X _Laura Johnson_ EMPLOYEE SIGNATURE

| ADVANCE ON SALARY | TRANSPORTATION | GAS ALLOWANCE |
|-------------------|----------------|----------------|
| $                 | $ ✓            | $              |

Operator: Alexander

© 1998-2009 Pacesetter Personnel Services ®

RETURN THIS COPY

DEFENDANT000480