# EXHIBIT 4

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2

                      CASE NO.: 20-CV-60192
 3

 4    SINGHAL/VALLE SHANE VILLARINO, et al.,
 5         Plaintiff(s),
 6     -vs-
 7    PACESETTER PERSONNEL SERVICE, INC., et al.,
 8         Defendant(s).
       _____/
 9
10         DEPOSITION OF:   JOHN ANTHONY OSORIO, JR.
11         DATE:            Friday, January 14, 2022
12         TIME:            10:30 a.m. - 12:02 p.m.
13
           PLACE:           REMOTE PROCEEDING - FLORIDA
14                          VIRTUAL ZOOM
                            Coral Gables, Florida 33134
15
16
17         STENOGRAPHICALLY
           REPORTED BY:     VANESSA OBAS, RPR
18
19
20
21
22
23
24
25

                                                          Page 1
```

```
 1                A P P E A R A N C E S:
 2
 3
     DION J. CASSATA, ESQUIRE
 4   OF:  CASSATA LAW, PLLC
          7999 N. Federal Highway
 5        Suite 202
          Boca Raton, Florida 33487
 6        dion@cassatalaw.com
          APPEARING ON BEHALF OF THE PLAINTIFF(s)
 7        (Appearing via ZOOM)
 8
 9   CAROLINE K. GORMAN, ESQUIRE
     OF:  BERG & ANDROPHY
10        3704 Travis Street
          Houston, Texas 77002
11        cgorman@bafirm.com
          APPEARING ON BEHALF OF THE DEFENDANT(s)
12        (Appearing via ZOOM)
13
     ALSO PRESENT:
14
15        BRAD THOMPSON, VIDEOGRAPHER
16                                  -  -  -
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1
                             I N D E X
 2
                                                      PAGE
 3
     TESTIMONY OF JOHN ANTHONY OSORIO, JR.
 4
     DIRECT EXAMINATION BY MS. GORMAN                    5
 5
     CERTIFICATE OF OATH                                31
 6   CERTIFICATE OF REPORTER                            32
     ERRATA SHEET                                       33
 7   Read & Sign Letter to Witness                      34
 8
 9
                           E X H I B I T S
10
                             DESCRIPTION              PAGE
11
                              ***NONE***
12
13
                               ------
14
                       S T I P U L A T I O N S
15
16        It is hereby stipulated and agreed by and between
17    the counsel for the respective parties and the deponent
18    that the reading and signing of the deposition
19    transcript be reserved.
20                             ------
21
22
23
24
25

                                                    Page 3
```

```
 1              P R O C E E D I N G S
 2                   *********
 3         THE VIDEOGRAPHER:  Good morning.  We're going
 4    on the record.  The time is 11:25 a.m. on
 5    January 14, 2022.
 6         This is Media Unit 1 of the video-recorded
 7    deposition of John Osorio taken by counsel for
 8    defendant in the matter of Singhal, Valle, Shane
 9    Villarino, et al. v. Pacesetter Personnel Service,
10    Inc., et al., filed in the United States District
11    Court, Southern District of Florida, Case Number --
12    Docket Number is 20-CV-60192.
13         This deposition is being held via Zoom and we
14    are located remotely.  My name is Brad Thompson from
15    the -- from Veritext and I'm the videographer.  The
16    court reporter is Vanessa Obas from the firm
17    Veritext as well.
18         Counsel and all present in the room and
19    everyone attending remotely will now state their
20    appearances and affiliations for the record.
21         MR. CASSATA:  Dion Cassata on behalf of the
22    plaintiffs.
23         MS. GORMAN:  Caroline Gorman on behalf of
24    defendants.
25         THE COURT REPORTER:  Mr. --
```

```
 1              THE VIDEOGRAPHER:  Will the court reporter --
 2       will the court reporter please begin.
 3              THE COURT REPORTER:  Mr. Osorio?
 4              THE WITNESS:  That's correct.
 5              THE COURT REPORTER:  Please raise your right
 6       hand.
 7              Do you solemnly swear or affirm the testimony
 8       you will give will be the truth, the whole truth,
 9       and nothing but the truth?
10              THE WITNESS:  Yes, ma'am.
11              THE COURT REPORTER:  Thank you.
12    THEREUPON
13                    JOHN ANTHONY OSORIO, JR.
14    was called as a witness and, having first been duly
15    sworn, testified as follows:
16                       DIRECT EXAMINATION
17    BY MS. GORMAN:
18       Q.   Good morning, Mr. Osorio.
19       A.   Good morning.
20       Q.   My name is Caroline Gorman and I am
21    Pacesetter's lawyer in this lawsuit.  I'll be taking
22    your deposition today.
23       A.   Okay.
24       Q.   Could you please state and spell your name for
25    the record?
```

Page 5

```
 1        Q.   Okay.  Let's talk about the different
 2   worksites.  Could you give me an estimate of how many
 3   jobsites you've worked on during your time at
 4   Pacesetter?
 5        A.   Honestly, I -- I can't.  There were so many
 6   that I can't -- really can't tell you, honestly.
 7        Q.   Okay.  Could you describe those worksites?
 8   What type of worksites were they?
 9        A.   Basically, like construction sites.  Basically,
10   they were construction sites, high-rise buildings.  But
11   they were also on a construction site.  So it was more
12   or less the same thing.
13        Q.   Did you ever work at any stadiums or casinos?
14        A.   No.
15        Q.   Did you ever do any event setup?
16        A.   Event setup?  Not -- no.  No.
17        Q.   Where were these jobsites located?  What cities
18   and counties?
19        A.   Mostly Broward County.
20        Q.   What cities?
21        A.   It varied, you know.  I can't -- again, I can't
22   remember all of them, but it varied.  You know,
23   sometimes it was in a -- let's say Las Olas.  There was
24   occasion they would -- there were sites in Boca, you
25   know.  It varied on the -- on the tickets.  So I can't
```

```
 1    really remember a lot of them because, you know --
 2    because I was an everyday worker, I really -- it varied
 3    and I can't remember it, all of them.
 4         Q.   That's fine.
 5              To the best of your memory, what sort of work
 6    did you do at the various jobsites?
 7         A.   Just general labor.
 8         Q.   So sweeping?
 9         A.   Sweeping.  Sometimes removing trash, removing
10    things.  Again, it varied.  It was never the same thing.
11    You know --
12         Q.   Okay.
13         A.   -- it was always something different, so --
14         Q.   By the way, are you still working at
15    Pacesetter?
16         A.   No, ma'am.
17         Q.   When did you stop working at Pacesetter?
18         A.   The specific date, I can't -- I can't remember.
19    I think it was --
20         Q.   You were there in January?
21         A.   It was sometime in -- sometime after the virus
22    -- not when the virus first hit, but a little ways
23    after.  Between there.
24         Q.   Okay.  Why did you stop working for Pacesetter?
25         A.   Because I had vehicle issues at the time.  My
```

1  Q. Tell me what happens after you arrive at the
2  jobsite in the morning.
3  A. Well, it varies, you know, depending on what
4  the foreman would want. Usually, most of the time --
5  and I use that loosely because the foreman -- it was
6  just general labor, but depending on what the foreman
7  wanted you to do that particular day, you know -- it
8  varied.
9  Q. Did you ever have to wait at the jobsite before
10 starting work?
11 A. On the -- on the jobsite itself?
12 Q. Uh-huh. Yes.
13 A. Yes. At times you would have to wait for the
14 foreman to be present. We would get there early and the
15 -- and the foreman was either in his office or talking
16 with the -- the -- his bosses. So we would stay as a
17 group and wait for them to come to us.
18 Q. How long would that take at times?
19 A. It varied.
20 Q. What was the longest amount of time you waited?
21 A. I can't remember, to tell you the truth.
22 Q. That's fine.
23    Does Pacesetter give you equipment to take to
24 the jobsite?
25 A. Yes.

Page 24

```
 1                CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA:
 4   COUNTY OF MIAMI-DADE:
 5
 6       I, VANESSA OBAS, RPR, Notary Public, State of
 7   Florida, do hereby certify that JOHN ANTHONY OSORIO,
 8   JR., virtually appeared before me on January 14, 2022
 9   and was duly sworn and produced his driver's license as
10   identification.
11
12       Signed this 28th day of January, 2022.
13
14
15
16
17
            VANESSA OBAS, RPR
18          Notary Public, State of Florida
            My Commission No.: GG 364117
19          Expires: September 13, 2023
20
21
22
23
24
25
```

Page 31

```
 1              CERTIFICATE OF REPORTER
 2
 3     STATE OF FLORIDA:
 4     COUNTY OF MIAMI-DADE:
 5
 6         I, VANESSA OBAS, RPR, Notary Public, State of
 7     Florida, certify that I was authorized to and did
 8     stenographically report the deposition of JOHN ANTHONY
 9     OSORIO, JR.; that a review of the transcript was
10     requested; and that the foregoing transcript, pages 5
11     through 30, is a true and accurate record of my
12     stenographic notes.
13
14         I further certify that I am not a relative,
15     employee, or attorney, or counsel of any of the parties,
16     nor am I a relative or employee of any of the parties'
17     attorneys or counsel connected with the action, nor am I
18     financially interested in the action.
19
20         DATED this 28th day of January, 2022.
21
22
23
              VANESSA OBAS, RPR
24
25
```

Page 32