# EXHIBIT 5

Dominick Jean Charles
January 21, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-CV-60192-AHS


SHANE VILLARINO, an individual;
JEFFERY MONDY, an individual,
and; JEROME GUNN, an
individual; on behalf of
themselves and all others
similarly situated,

      Plaintiffs,

-vs-

PACESETTER PERSONNEL SERVICE,
INC., et al;

      Defendants.
_____/



REMOTE DEPOSITION OF DOMINICK JEAN CHARLES
Pages 1 through 49



Friday, January 21, 2022
10:30 a.m. - 11:40 a.m.






Stenographically Reported By:
CHRISTINE HOPWOOD, COURT REPORTER

Dominick Jean Charles
January 21, 2022

```
 1                      APPEARANCES

 2

 3   On behalf of the Plaintiffs:
          MORGAN & MORGAN, P.A.
 4        600 North Pine Island Road
          Suite 400
 5        Plantation, Florida 33324
          954.967.5377
 6        afrisch@forthepeople.com
          BY: ANDREW FRISCH, ESQUIRE
 7            DION CASSATA, ESQUIRE

 8   On behalf of the Defendants:
          BERG & ANDROPHY
 9        3704 Travis Street
          Houston, Texas 77002
10        915.497.5816
          cgorman@bafirm.com
11        BY: CAROLINE GORMAN, ESQUIRE

12

13

14                      -  -  -

15

16

17

18

19

20

21

22

23

24

25
```

Dominick Jean Charles
January 21, 2022

1                          INDEX OF PROCEEDINGS

2
     DEPOSITION OF DOMINICK JEAN CHARLES              PAGE
3        DIRECT EXAMINATION BY MR. CASSATA:            5
         CROSS-EXAMINATION BY MS. GORMAN:             42
4

5
     CERTIFICATE OF OATH                              46
6    CERTIFICATE OF REPORTER                          47
     WITNESS NOTIFICATION LETTER                      48
7    Errata Sheet (to be forwarded upon execution)    49

8

9

10

11                       (NO EXHIBITS MARKED)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dominick Jean Charles
January 21, 2022

1          Remote deposition taken before Christine

2    Hopwood, Court Reporter and Notary Public in and for the

3    State of Florida at Large in the above cause.

4                              *****

5          THE COURT REPORTER:  The attorneys

6          participating in this deposition acknowledge that I

7          am not physically present in the deposition room and

8          that I will be reporting this deposition remotely.

9          They further acknowledge that, in lieu of an oath

10         administered in person, I will administer the oath

11         remotely.

12         This arrangement is pursuant to the Florida

13         Supreme Court Administrative Order No. AOSO-20-23.

14         The parties and their counsel consent to this

15         arrangement and waive any objections to this manner

16         of reporting.  Please indicate your agreement by

17         stating your name and your agreement on the record.

18         MR. CASSATA:  This is Dion Cassata, Counsel for

19         the Plaintiffs.

20         MS. GORMAN:  This is Caroline Gorman, Counsel

21         for Defendants.

22         MR. FRISCH:  I think she wants us to say that

23    we agree.

24         MS. GORMAN:  We agree.

25         MR. CASSATA:  We agree.

Dominick Jean Charles
January 21, 2022

1          THE COURT REPORTER:  Do you swear to tell the

2      truth, the whole truth, and nothing but the truth, so

3      help you God?

4          THE WITNESS:  Yes, ma'am.

5  Thereupon,

6                  DOMINICK JEAN CHARLES,

7  having been first duly sworn or affirmed, was examined and

8  testified as follows:

9                  DIRECT EXAMINATION

10  BY MR. CASSATA:

11      Q.   Good morning, Mr. Charles.

12          Could you state and spell your full name for

13  the record?

14      A.   Dominick Jean Charles, first name

15  D-O-M-I-N-I-C-K, last name, Jean Charles, J-E-A-N

16  C-H-A-R-L-E-S.

17      Q.   Okay.  Have you ever had your deposition taken

18  before?

19      A.   Yes.

20      Q.   Okay.  In what context?

21      A.   Excuse me?

22      Q.   What kind of case was it?

23      A.   It was a civil case.

24      Q.   Okay.  Well, so you understand that your

25  testimony here is under oath, correct?

Dominick Jean Charles
January 21, 2022

 1        Q.    And they report to that supervisor, and then
 2   what happens?
 3        A.    The supervisor assign them work.
 4        Q.    Okay.  And then, they do their workday at the
 5   job site, correct?
 6        A.    Correct.
 7        Q.    All right.  And after they've -- when they're
 8   getting ready to leave the job site, the daily ticket
 9   workers meet with the supervisor again, correct?
10        A.    Correct.
11        Q.    And the supervisor signs their daily ticket; is
12   that right?
13        A.    Correct.
14        Q.    And he or she writes down how many hours they
15   were on the job site, right?
16        A.    Correct.
17        Q.    And then, they also fill in instructions to
18   you, to you being dispatch, right?
19              Isn't there a box where they'll write
20   instructions what they need tomorrow or what they need in
21   a day or two or don't come back?
22        A.    Yes, sir.
23        Q.    So, is it fair to say that the supervisor
24   writes instructions on the daily ticket that are intended
25   for either you or Alex?

Dominick Jean Charles
January 21, 2022

1      A.    Yes.

2      Q.    Okay.  And then, the ticket daily ticket

3  workers get on the vehicles or the transportation that

4  they were assigned to, right?

5      A.    Yes.

6      Q.    And they're transported back to the labor hall,

7  correct?

8      A.    Yes.

9      Q.    And they bring all the tools, and gear, and

10  equipment they were issued that morning, correct?

11      A.    Correct.

12      Q.    They arrive back at the labor hall, and what do

13  they do?

14      A.    They sign the ticket and turn it in.

15      Q.    Okay.  So, they sign their daily ticket and

16  give it to dispatch, correct?

17      A.    Correct.

18      Q.    And they turn in all their tools and equipment

19  to the tool administrator?

20      A.    Yes, sir.

21      Q.    Okay.  And these workers are expected to return

22  any sort of equipment or gear that they were issued that

23  morning, correct?

24      A.    Correct.

25      Q.    All right.  And if for some reason someone

Dominick Jean Charles
January 21, 2022

1  doesn't bring back a tool, they might be charged for not

2  bringing that tool back, correct?

3      A.   Correct.

4      Q.   Okay.  So, how do you calculate someone's daily

5  ticket paycheck at the end of the day?

6          You make sure they turned in all their tools

7  and equipment, right?

8      A.   Yes.

9      Q.   Okay.  And if they didn't, you might -- you

10 would notate that.  Let's say they didn't bring a broom

11 back.  You would notate that, and then, they would be

12 charged for not bringing the broom back, correct?

13     A.   Correct.

14     Q.   Okay.  So, you enter those, any sort of

15 equipment deductions, and then, you print out the

16 paycheck, correct?

17     A.   Correct.

18     Q.   All right, but also, going into that formula

19 for printing out the daily paycheck, don't you have to

20 factor in transportation charges?

21     A.   That would already be factored in.

22     Q.   And my understanding, and you correct me if I'm

23 wrong, is someone who is a passenger in the van or a

24 passenger in carpool is charged $3.00 a day for

25 transportation, right?

Dominick Jean Charles
January 21, 2022

1  carpool were only for workers who either did not have or

2  did not want to take their own transportation; is that

3  correct?

4      A.   Correct.

5           MR. CASSATA:   Object to form.

6  BY MS. GORMAN:

7      Q.   Did the workers have a choice on which form of

8  transportation to take?

9      A.   They could refuse the van.

10     Q.   Okay.  And could they take their own form of

11 transportation at any time?

12     A.   Yes, ma'am.

13     Q.   And you said earlier that the daily time ticket

14 sometimes includes instructions for dispatchers on it.

15          Did customers have any other method to let

16 dispatchers know how many workers they would require on a

17 given day?

18     A.   If it wasn't through the ticket, it was through

19 an e-mail.

20     Q.   Okay.  At the old location, we talked about the

21 bathroom that was behind the Plexiglass, correct?

22     A.   Yes, ma'am.

23     Q.   Did daily ticket workers ever use that

24 bathroom?

25     A.   Yes, ma'am.

Dominick Jean Charles
January 21, 2022

1                    CERTIFICATE OF OATH

2

3

4    THE STATE OF FLORIDA,

5    COUNTY OF BROWARD.

6

7

8

9           I, Christine Hopwood, Court Reporter, Notary

10   Public, State of Florida, certify that DOMINICK JEAN

11   CHARLES appeared before me on zoom on the 21st of

12   January, 2022 and was duly sworn.

13

14           Signed this 3rd day of February 2022.

15

16

17

18

19

20

21   _____

     Christine Hopwood, Court Reporter
22   Notary Public, State of Florida
     Commission No.:  #GG 357731
23   Commission Expires:  November 21, 2023

24

25

```
1              CERTIFICATE OF REPORTER

2

3   THE STATE OF FLORIDA,

4   COUNTY OF BROWARD.

5

6

7           I, Christine Hopwood, Court Reporter, certify

8   that I was authorized to and did stenographically report

9   the deposition of DOMINICK JEAN CHARLES; pages 1 through

10  45; that a review of the transcript was requested; and

11  that the transcript is a true record of my stenographic

12  notes.

13

14          I further certify that I am not a relative,

15  employee, attorney, or counsel of any of the parties, nor

16  am I a relative or employee of any of the parties'

17  attorneys or counsel connected with the action, nor am I

18  financially interested in the action.

19

20          Dated this 3rd day of February 2022.

21

22          Christine Hopwood, Court Reporter

23

24

25
```