# EXHIBIT 6

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    CASE NO.: 20-CV-60192
 3
 4   SINGHAL/VALLE SHANE VILLARINO, et al.,
 5       Plaintiff(s),
 6    -vs-
 7   PACESETTER PERSONNEL SERVICE, INC., et al.,
 8       Defendant(s).
     _____/
 9
10        DEPOSITION OF:   MIGUEL CARLOS DOWDY
11        DATE:            Thursday, January 13, 2022
12        TIME:            10:30 a.m. - 11:23 a.m.
13
          PLACE:           REMOTE PROCEEDING - FLORIDA
14                         VIRTUAL ZOOM
                           Coral Gables, Florida 33134
15
16
17        STENOGRAPHICALLY
          REPORTED BY:     VANESSA OBAS, RPR
18
19
20
21
22
23
24
25

                                                  Page 1
```

```
 1                    A P P E A R A N C E S:
 2
 3
      DION J. CASSATA, ESQUIRE
 4    OF:   CASSATA LAW, PLLC
            7999 N. Federal Highway
 5          Suite 202
            Boca Raton, Florida 33487
 6          dion@cassatalaw.com
            APPEARING ON BEHALF OF THE PLAINTIFF(s)
 7          (Appearing via ZOOM)
 8
 9    CAROLINE K. GORMAN, ESQUIRE
      OF:   BERG & ANDROPHY
10          3704 Travis Street
            Houston, Texas 77002
11          cgorman@bafirm.com
            APPEARING ON BEHALF OF THE DEFENDANT(s)
12          (Appearing via ZOOM)
13
      ALSO PRESENT:
14
15          BRANDON ALVAREZ, VIDEOGRAPHER
16
                                       -  -  -
17
18
19
20
21
22
23
24
25
```

I N D E X

PAGE

TESTIMONY OF MIGUEL CARLOS DOWDY

DIRECT EXAMINATION BY MS. GORMAN                              5
CROSS-EXAMINATION BY MR. CASSATA                             30
CERTIFICATE OF OATH                                          34
CERTIFICATE OF REPORTER                                      35
ERRATA SHEET                                                 36
Read & Sign Letter to Witness                                37

E X H I B I T S

DESCRIPTION                    PAGE

***NONE***

------

S T I P U L A T I O N S

It is hereby stipulated and agreed by and between the counsel for the respective parties and the deponent that the reading and signing of the deposition transcript be reserved.

------

```
 1                 P R O C E E D I N G S
 2                      *********
 3            THE VIDEOGRAPHER:  Okay.  All right.  Good
 4       morning.  We're going on the record at 10:30 a.m. on
 5       January 13, 2022.  This is the video-recorded
 6       deposition of Miguel -- Miguel Dowdy taken in the
 7       matter of Valle -- Shane Villarino v. Pacesetter
 8       Personnel Service, Incorporated, et al.
 9            This deposition is being held remotely.  My
10       name is Brandon Alvarez, and I'm the videographer.
11       The court reporter is Vanessa Obas and we're both
12       from the firm Veritext.
13            Would the counsel and all present please
14       introduce yourselves, after which the court reporter
15       will swear in the witness?
16            MR. CASSATA:  Dion Cassata on behalf of the
17       plaintiffs.
18            MS. GORMAN:  Caroline Gorman on behalf of
19       defendants.
20            THE COURT REPORTER:  Mr. Dowdy, please raise
21       your right hand.
22            Do you solemnly swear or affirm the testimony
23       you will give will be the truth, the whole truth,
24       and nothing but the truth?
25            THE WITNESS:  Yes.
```

```
 1              THE COURT REPORTER:  Thank you.
 2   THEREUPON
 3                    MIGUEL CARLOS DOWDY
 4   was called as a witness and, having first been duly
 5   sworn, testified as follows:
 6                    DIRECT EXAMINATION
 7   BY MS. GORMAN:
 8       Q.   Good morning, Mr. Dowdy.  My name is Caroline
 9   Gorman and today I'll be conducting your deposition.
10   I'm a lawyer for Pacesetter.
11            Could you please state and spell your name for
12   the record?
13       A.   Miguel Carlos Dowdy.  First name M-I-G-U-E-L.
14   Middle name C-A-R-L-O-S.  Last name D-O-W-D-Y.
15       Q.   Thank you.
16            Do you understand that today you're testifying
17   under oath and that you're legally obligated to tell the
18   truth?
19       A.   Yes.
20       Q.   The court reporter, who's typing as we speak,
21   can only record verbal responses, not nods or "uh-huhs."
22   Will you be -- will you agree to answer my questions in
23   words today?
24       A.   Yes.
25       Q.   Thank you.
```

Page 5

```
 1        Q.   And were you paid for that?
 2        A.   Yes, I was.
 3        Q.   You said that when you took the Pacesetter van
 4   or a coworker's car, you were charged money for that;
 5   correct?
 6        A.   Yes.
 7        Q.   How much were you charged?
 8        A.   $3 a ride.  In some cases I was charged over $3
 9   a ride.
10        Q.   Okay.  Did you complain when that occurred?
11        A.   No, I didn't.
12        Q.   And why not?
13        A.   Because I needed the money.  I needed to work.
14        Q.   Okay.  Did you realize at the time that you had
15   been overcharged?
16        A.   Yes.
17        Q.   How many times did that happen?
18        A.   Several times.
19        Q.   Was it more than five times or less?
20        A.   I would say more than five times.
21        Q.   Okay.  Did you ever purchase a bus pass from
22   Pacesetter?
23        A.   Yes, I did.
24        Q.   Okay.  How often did you do that?
25        A.   Several times.  And most times I would already
```

Page 18

```
 1    have my own bus pass that I purchased myself.
 2         Q.   How many different worksites have you worked on
 3    since 2014?
 4         A.   Several.  Several different worksites,
 5    including condos, apartments, construction sites, etc.
 6         Q.   Could you give an estimate of how many?
 7         A.   I would say, just a rough guess, over 20
 8    different sites.
 9         Q.   Okay.  Were any of them hospitals or malls?
10    What sort of sites?
11         A.   One in particular was a hospital that was in
12    Nova Southeastern.  The other ones were construction
13    sites, building new condos and new townhouses.
14         Q.   Did you ever work at a stadium?
15         A.   Actually, I did work at the stadium.  That was
16    years ago when I first started working.  That was in
17    Hialeah, if I'm not mistaken.
18         Q.   Okay.  What about casinos?
19         A.   Never.
20         Q.   What about private homes?
21         A.   A couple times, yes.
22         Q.   Okay.  And then what cities did you work in?
23         A.   Mostly -- well, when I said the Commercial
24    Boulevard offices, mostly on the beach, down south from
25    there, from Commercial.  Like, I would say Dania,
```

```
 1      Hollywood area.  Mostly Hollywood.
 2          Q.   Okay.
 3          A.   And sometimes Boca.
 4          Q.   What sort of work did you do at the jobsites?
 5          A.   We did several jobs, including, like, cleaning
 6   up, like, sweeping, picking up trash.  And some jobsites
 7   I ran the buck hoist and the elevators also.
 8          Q.   You ran the -- what course?
 9          A.   The buck hoist.  That's outside elevator for
10   tools --
11          Q.   Okay.
12          A.   -- for the employees.
13          Q.   When you were working for Pacesetter, did you
14   work each day of the week?
15          A.   Most times I did.
16          Q.   Okay.  Tell me about the times you didn't.
17          A.   That's weekends.  Saturdays and Sundays.
18          Q.   Okay.
19          A.   Some Saturdays I would work and on Sundays I
20   would work.  Some Saturdays they didn't have work on
21   Saturday.  They would let you know on Friday if they
22   have work that -- all in one day, so then you would come
23   there on Saturday mornings.
24          Q.   Were there any weekdays that you didn't work?
25          A.   There might have been a couple.  Not many.  I
```

```
 1    leave there by 6:15, 6:30 at the latest.  Some jobs
 2    start at 8:00; they would send you out by 7:00.  Some
 3    jobs start at 9:00; they would send you out by 8:00 to
 4    give you enough time to get there.
 5         Q.   Okay.  And then -- so once someone at dispatch
 6    calls your name and gives you a ticket, what happens
 7    after that?
 8         A.   You wait for the other employees that the
 9    cars -- to see -- for instance, if there's two or three
10    people that are going to the same job, you wait for the
11    driver and everybody to get their tickets and their
12    tools.
13         Q.   How long does that normally take?
14         A.   It varies.  It could be five, 10, to
15    15 minutes.
16         Q.   Okay.
17         A.   Most people want to leave early because they
18    want to stop at the store.  Or sometimes they wouldn't
19    stop at all.  They would be in a hurry to get to the
20    jobs and a hurry to get back to the office to get paid.
21         Q.   Okay.  Did you ever stop at the store on your
22    way to the jobsite?
23         A.   On the way to the jobsite, no.  I would wake
24    up, shower, get dressed, and catch the bus there.
25         Q.   When you were in the Pacesetter van or with a
```

```
 1        Q.   Who did you report to at the worksite?
 2        A.   The superintendent.  They would leave somebody
 3   else in charge to take in, like, a labor -- a labor form
 4   and so forth.  But most times it was the superintendent.
 5        Q.   Okay.  How many hours do you -- would you
 6   normally work at the jobsite?
 7        A.   Some days would be eight hours and some days
 8   would be 11, 12 hours.
 9        Q.   Were you ever paid for more hours than you
10   worked?
11        A.   No.
12        Q.   So after you report to the supervisor, then
13   what happened?
14        A.   They would explain to you the jobs that you
15   needed to perform.
16        Q.   Okay.  Did you start work right away?
17        A.   Yes.
18        Q.   And what time would that be, normally?
19        A.   Normally, if the job started at 8:00, we would
20   start it at 8:00.  If the job started at 9:00, we would
21   start at 9:00.
22        Q.   So if the job started at 9:00 and you got to
23   the jobsite at 7:00, what would you do at that time?
24        A.   Sit around and wait.
25        Q.   Did you ever go get breakfast, anything like
```

```
 1    that?
 2         A.   No.
 3         Q.   Did you ever take a nap?
 4         A.   No.
 5         Q.   Did you ever -- did you ever receive breaks
 6    during your day?
 7         A.   Yes.
 8         Q.   What breaks?
 9         A.   Well, if you work, I think, eight hours in a
10    day, I think we would get a break in the morning, lunch,
11    and a break in the afternoons.
12         Q.   Who decided what breaks you got?
13         A.   The superintendent or the labor foreman.
14         Q.   Okay.  At the end of the day, before leaving
15    the jobsite, what would you do?
16         A.   We would wait for the superintendent to sign
17    the tickets and put the amount of hours and sign the
18    tickets.  We had to bring the tickets back signed
19    because without a signature, we could not get paid.
20         Q.   Okay.  Did the site supervisor ever write down
21    the wrong number of hours?
22         A.   No.
23         Q.   Okay.  Did you always go back to the Pacesetter
24    office at the end of the day?
25         A.   Yes, ma'am.  Yes.  We would return back to the
```