# **EXHIBIT 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  20-CV-60192-SINGHAL/VALLE

SHANE VILLARINO, et al.,
    Plaintiffs,
vs.
PACESETTER PERSONNEL SERVICE,
INC., et al.,

    Defendants.
_____/

[Via Zoom Videoconference]
Wednesday, 10:30 a.m. EST
January 12, 2022

ZOOM VIDEOTAPED DEPOSITION of GLORIA HERNANDEZ

(All parties appeared remotely pursuant to
Florida Supreme Court Order AOSC20-23)

Taken before JENNIFER A. QUINTANA, Florida Professional Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-styled cause.

Page 1

```
 1    APPEARANCES (via Videoconference):
 2
      ON BEHALF OF THE PLAINTIFFS:
 3
       Cassata Law, PLLC
 4     7999 North Federal Highway
       Suite 202
 5     Boca Raton, FL 33487
       BY: DION J. CASSATA, ESQ.
 6         dion@cassatalaw.com
 7
      ON BEHALF OF THE DEFENDANTS:
 8
       Berg & Androphy
 9     3704 Travis Street
       Houston, TX 77002
10     BY: CAROLINE GORMAN, ESQ.
           cgorman@bafirm.com
11
12
13    ALSO PRESENT (via Videoconference):
      Niq Hunter, Videographer
14
15                    I N D E X
16    WITNESS           DIRECT  CROSS  REDIRECT  RECROSS
17    GLORIA HERNANDEZ
18      By Ms. Gorman      3
19
20                  E X H I B I T S
21    DEFENDANTS'                         PAGE
22    (None)
23
24
25
                                              Page 2
```

```
 1                P R O C E E D I N G S
 2                       -  -  -
 3            THE VIDEOGRAPHER:  Good morning.  This
 4      is the videotaped deposition being held
 5      remotely.  The time is approximately 9:30
 6      a.m., with our witness appearing from Florida.
 7      I'm Niq Hunter, videographer, in Beaumont,
 8      Texas.  I'll now hand the proceedings over to
 9      the court reporter who will swear in the
10      witness.
11   THEREUPON:
12                    GLORIA HERNANDEZ
13   Was called as a witness, having been first duly
14   sworn, was examined and testified remotely as
15   follows:
16                    DIRECT EXAMINATION
17   BY MS. GORMAN:
18       Q    All right.  Ms. Hernandez, my name is
19   Caroline Gorman.  I'm Pacesetter's lawyer in this
20   matter and I'll be taking your deposition today.
21       A    Okay.
22       Q    Could you please state and spell your
23   name for the record?
24       A    My full name?  Middle name too?
25       Q    Yes, please.
```

Page 3

```
 1        Q    Okay.  And what cities were these work
 2   sites located in?
 3        A    Fort Lauderdale.  I believe that's the
 4   Las Olas area.
 5        Q    Okay --
 6        A    And then --
 7        Q    No.  Go ahead, please.
 8        A    I was going to say the longterm one was
 9   really far.  I don't remember where it was, but I
10   used to get -- I had to get in the van for that.
11        Q    Okay.  What sort of work did you perform
12   at the job sites?
13        A    Cleaning, sweeping up, picking up
14   garbage, debris, inside, outside, interior work
15   and exterior work.
16        Q    Okay.  Did you ever do any pressure
17   cleaning?
18        A    No.
19        Q    What about event setup?
20        A    No.
21        Q    Landscaping?
22        A    No.
23        Q    Painting?
24        A    No.
25        Q    During the periods that you were working
```

Page 18

```
 1    are responsible for it.
 2         Q    Okay.  When you say you're responsible
 3    for it, what happens if you don't bring the
 4    equipment back?
 5         A    If you leave it, lose it, break it,
 6    whatever, if you don't come back with it, you're
 7    charged.  You're reprimanded.  They'll yell at you
 8    and then they'll charge you for it.  Like, it
 9    comes out of your check.
10         Q    Okay.  Were you ever charged for
11    equipment?
12         A    I think I was charged one time for a
13    broken -- it was broken.  The broom broked and I
14    was trying to tell them it's not my fault.  Like,
15    I still got charged for it.
16         Q    Did you bring back the broken pieces to
17    the office?
18         A    Yes.
19         Q    Okay.  And do you remember who charged
20    you?
21         A    It was somebody in the office.  I don't
22    know who, but somebody in the office.
23         Q    Did you ever bring your own equipment?
24         A    No.
25         Q    Were you ever charged a rental fee for
```

Page 28

```
 1    or -- ten or sometimes fifteen-minute break in the
 2    morning and then we had a thirty-minute lunch
 3    break.
 4         Q    Who would determine what breaks you got?
 5         A    The boss, whoever was on the site.
 6         Q    Was it different at different job sites?
 7         A    Yes.
 8         Q    Did you have to report to the foreman at
 9    the end of the day?
10         A    Yes.
11         Q    And was it the foreman who filled out
12    your daily time ticket?
13         A    Yes.  He had to sign it and put the
14    hours in.
15         Q    Okay.  Did he ever write down the wrong
16    number of hours?
17         A    Not that I recall, no.
18         Q    Okay.  So after you got the daily time
19    ticket back after it had been filled out, what
20    would you do?
21         A    We hold it until we get back to the
22    office and that's how you get paid.
23         Q    Okay.
24         A    You return it to the person at the
25    window.
```

```
 1        Q    Did you always go straight back to the
 2   office?
 3        A    Yes.
 4        Q    Did you ever go home straight from the
 5   job site?
 6        A    No.  No.  We go to the office because we
 7   have to turn in the tools and then go to the front
 8   desk --
 9        Q    Okay.
10        A    -- to get paid.
11        Q    Did you go back to the office in order
12   to get paid?
13        A    No.  You get paid right there when you
14   turn your ticket in.
15        Q    Okay.  Did anyone ever tell you that you
16   had to come back at night?
17        A    At night?
18        Q    Sorry, at the end of the day.  Let me
19   rephrase.  Could you have taken your ticket from
20   the foreman and just gone straight home instead --
21        A    No.
22        Q    -- of going back to the Pacesetter
23   office?
24        A    No.  No.
25        Q    No?
```

Page 32

CERTIFICATE OF OATH OF WITNESS

STATE OF FLORIDA
                :SS
COUNTY OF MIAMI-DADE

   I, JENNIFER QUINTANA, Florida Professional Reporter, Notary Public in and for the State of Florida at Large, certify that the witness, GLORIA HERNANDEZ, appeared remotely via videoconference before me on January 12, 2022, and was duly sworn by me.
   WITNESS my hand and official seal this 26th day of January, 2022.

*[signature: Jennifer Quintana]*

JENNIFER A. QUINTANA, FPR
Notary Public State of Florida
My Commission Expires: 1/10/2026
Commission No. HH 200664

Personally known ___ OR
Produced Identification: DL #H655-293-68-508-0

Page 36

```
 1            REPORTER'S DEPOSITION CERTIFICATE
 2
 3        I, JENNIFER QUINTANA, Florida Professional
 4   Reporter, certify that I was authorized to and did
 5   stenographically report the deposition of GLORIA
 6   HERNANDEZ, the witness herein; that a review of the
 7   transcript was not requested; that the foregoing
 8   pages numbered from 1 to 35 inclusive is a true and
 9   complete record of my stenographic notes of the
10   deposition by said witness; and that this
11   computer-assisted transcript was prepared under my
12   supervision.
13        I further certify that I am not a relative,
14   employee, attorney or counsel of any of the parties
15   nor am I a relative or employee of any of the
16   parties' attorney or counsel connected with the
17   action.
18           DATED this 26th day of January, 2022.
19
20                        [signature: Jennifer Quintana]
                                JENNIFER QUINTANA
21                              Florida Professional Reporter
22
23
24
25
```

Page 37