# EXHIBIT 8

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-CV-60192-AHS

SHANE VILLARINO, an individual;
JEFFERY MONDY, an individual,
and; JEROME GUNN, an individual;
on behalf of themselves and all
others similarly situated,

        Plaintiffs,

vs.

PACESETTER PERSONNEL SERVICE,
INC., et al;,

        Defendants.
_____/

DEPOSITION OF

ALEXANDER ALVAREZ CAMILO

APPEARING REMOTELY FROM

POMPANO BEACH, FLORIDA

Tuesday, August 24, 2021
10:32 a.m. - 12:20 p.m.

REPORTED BY:  JOEY BEAUREGARD, COURT REPORTER

APPEARING REMOTELY FROM BROWARD COUNTY, FLORIDA

```
 1   REMOTE   APPEARANCES:

 2
     On behalf of Plaintiffs:
 3
     MORGAN & MORGAN, P.A.
 4   8151 Peters Road
     4th Floor
 5   Plantation, Florida 33324
     954.WORKERS
 6   BY:  ANDREW R. FRISCH, ESQ.
     afrisch@forthepeople.com
 7
     On behalf of Plaintiffs:
 8
     CASSATA LAW, PLLC
 9   7999 North Federal Highway
     Suite 202
10   Boca Raton, Florida 33487
     954.364.7803
11   BY:  DION J. CASSATA, ESQ.
     dion@cassatalaw.com
12
     On behalf of Defendants:
13
     BERG & ANDROPHY
14   3704 Travis Street
     Houston, Texas 77002
15   713.529.5622
     BY:  CAROLINE GORMAN, ESQ.
16   cgorman@bafirm.com

17

18

19

20

21

22

23

24

25
```

Alexander Camilo
August 24, 2021                                                3

```
 1

 2                        I N D E X

 3

 4

 5   Examination                                         Page

 6   Direct     By Mr. Cassata:                             5
     Cross      By Ms. Gorman:                             72
 7
     Certificate of Oath                                   75
 8   Certificate of Reporter                               76
     Read and Sign Letter to Witness                       77
 9   Errata Sheet (forwarded upon execution)               78

10

11

12                     NO EXHIBITS MARKED

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Alexander Camilo
August 24, 2021                                                            4

```
 1              P R O C E E D I N G S
 2                       - - -
 3   REPORTED REMOTELY FROM BROWARD COUNTY, FLORIDA
 4        Deposition taken before Joey Beauregard, Court
 5   Reporter and Notary Public in and for the State of
 6   Florida at Large, in the above cause.
 7                       - - -
 8           THE COURT REPORTER:  The attorneys
 9       participating in this deposition acknowledge
10       that I am not physically present in the
11       deposition room and that I will be reporting
12       this deposition remotely.  They further
13       acknowledge that, in lieu of an oath
14       administered in person, I will administer the
15       oath remotely.  This arrangement is pursuant to
16       the Florida Supreme Court Administrative Order
17       No. AOSC-20-23.  The parties and their counsel
18       consent to this arrangement and waive any
19       objections to this manner of reporting.
20           Please indicate your agreement by stating
21       your name and your agreement on the record.
22           MR. CASSATA:  Dion Cassata, we agree.
23           MS. GORMAN:  Caroline Gorman, we agree.
24           THE COURT REPORTER:  Will the witness
25       kindly present his government-issued
```

```
 1        identification by holding it up to the camera
 2        for verification?
 3               (Witness presented government-issued
 4        identification and identity verified.)
 5               THE COURT REPORTER:  Sir, raise your right
 6        hand.  Do you swear the testimony you're about
 7        to give will be the truth, the whole truth,
 8        nothing but the truth?
 9               THE WITNESS:  Yes.
10   Thereupon:
11                ALEXANDER ALVAREZ CAMILO,
12   having been first duly sworn, was examined and
13   testified as follows:
14                    DIRECT EXAMINATION
15   BY MR. CASSATA:
16        Q.   Good morning, Mr. Aguilar.
17        A.   Me?
18        Q.   Yeah.  Can you hear me?
19        A.   Good morning.
20        Q.   Okay.
21        A.   Yeah.  I don't think the name on the thing
22   is my name.  My name is Alexander.
23        Q.   I thought your last name was Aguilar?
24        A.   No, Alvarez Camilo.
25        Q.   All right.  Can you state and spell your
```

```
 1   name for the record.
 2        A.   Sure.  My name is Alexander Alvarez
 3   Camilo.  Alexander is A-L-E-X-A-N-D-E-R, Alvarez is
 4   A-L-V-A-R-E-Z, and then Camilo, C-A-M-I-L-O.
 5        Q.   Okay.  My name is Dion Cassata.  I'm the
 6   plaintiffs' counsel in this case.  Have you ever had
 7   your deposition taken before?
 8        A.   No.
 9        Q.   Okay.  Well, the important thing is you
10   understand that you're under oath.  You've been
11   sworn to tell the truth.  It's also important for
12   the court reporter that you and I don't talk over
13   each other.  And so that she can -- she's typing a
14   transcript of this deposition.
15        A.   Okay.
16        Q.   So -- and if you don't understand a
17   question I ask or sometimes with Zoom it can get
18   glitchy and you may not get the question, you let me
19   know, okay?
20        A.   Will do.  Thank you.
21        Q.   All right.  Where are you, by the way?
22        A.   Right now I'm in the bathroom in the
23   office.  It's the only place I can get a little bit
24   of privacy.
25        Q.   What's the address there?
```

```
 1   And then let's say if you had on the previous day
 2   you had this guy, hey, can I have this guy as well
 3   if he's available, stuff of that nature.  The sales
 4   rep will be receiving a call from the customer
 5   usually.
 6        Q.   Okay.  Thank you.
 7             Did the workers -- when do the workers
 8   have to bring their equipment back?
 9        A.   Usually before they get paid.  So at the
10   end of the day they will bring it in with their
11   assigned ticket with their hours.
12        Q.   If they didn't come back that same day but
13   they brought in the equipment with their check on
14   the following day or a day after, would that be
15   okay?
16        A.   Yeah.  Like if they had their tickets and
17   let's say, they were working late or they wanted to
18   go straight home at the end of the day, they could
19   bring it the next day.
20        Q.   Okay.  Do most workers choose to come back
21   at the end of the day in order to get paid?
22        A.   Yes.
23             MS. GORMAN:  Okay.  That's the end of my
24   questions.
25             THE COURT REPORTER:  Reading, waiving,
```