UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO, *et al.*,

    Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC., *et al.*,

    Defendants.

_____/

## ORDER SCHEDULING HEARING

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Request for Hearing (DE [545]). The Court having considered the Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Request for Hearing (DE [545]) is **GRANTED**. A hearing will be held on Plaintiff's Motion for Class Certification (DE [520]) on **Thursday, March 17, 2022 at 2:00 p.m.** via Zoom. The hearing can accessed via Zoom at meeting ID: 160 310 6313; access code 4343, or by the following link: https://www.zoomgov.com/j/1603106313?pwd=aXBIakQzT3BISWcvY2syVHF6Rndjdz09.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of March 2022.

                                                                         RAAG SINGHAL
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF