# EXHIBIT 1

```
 1                UNITED STATES DISTRICT
                COURT SOUTHERN DISTRICT
 2                    OF FLORIDA
 3              CASE NO. 20-CV-60192
 4    SINGHAL/VALLE SHANE VILLARINO, et al.,
 5        Plaintiffs,
 6    vs.
 7    PACESETTER PERSONNEL SERVICE, INC., et al.,
 8        Defendants.
 9    _____/
10                            Virtual Proceeding
                              Tuesday, 12:38 - 2:12 p.m.
11                            September 14th, 2021
12
13
14
15         VIDEOTAPE VIDEOCONFERENCE DEPOSITION
16                          OF
17                    KENDALL WILLIAMS
18
19
20
21       Taken on behalf of the Defendants before Amber
22    Cheek, Court Reporter, Notary Public in and for the
23    State of Florida at Large, pursuant to Plaintiffs'
24    Notice of Taking Deposition in the above cause.
25
                                                    Page 1
```

```
 1    APPEARANCES:
 2    ATTORNEYS FOR PLAINTIFFS
 3         DION J. CASSATA, ESQUIRE
           dion@cassatalaw.com
 4         CASSATA LAW, PLLC
           7999 North Federal Highway
 5         Suite 202
           Boca Raton, Florida 33497
 6         (954)364-7803
 7
 8         ANDREW FRISCH, ESQUIRE
           afrisch@forthepeople.com
 9         MORGAN & MORGAN, P.A.
           8151 Peters Road
10         Suite 4000
           Plantation, Florida 33324
11         (954)318-0268
12
13    ATTORNEY FOR DEFENDANTS
14         CAROLINE GORMAN, ESQUIRE
           cgorman@bafirm.com
15         BERG & ANDROPHY
           3704 Travis Street
16         Houston, Texas 77002
           (713)529-5622
17
18    ALSO PRESENT:   Derek Schafer - Videographer
19
20
21
22
23
24
25
```

```
 1                        I N D E X
 2    WITNESS:                                              PAGE:
      _____
 3
 4    KENDALL WILLIAMS
 5    Direct Examination by Ms. Gorman......................5
      Cross-Examination by Mr. Cassata.....................65
 6    Witness Signature Page...............................68
      Errata Sheet.........................................69
 7    Certificate of Oath of witness.......................70
      Letter to Witness Re:  Reading.......................72
 8
 9                          EXHIBITS
10    NUMBER              DESCRIPTION                       PAGE:
      _____
11
      EXHIBIT 1      Notice of Consent to Join............13
12
      EXHIBIT 2      Nationwide Collective and Class......17
13                   Action Complaint
14    EXHIBIT 3      Employment Contract..................27
15    EXHIBIT 4      Transportation Agreement.............29
16    EXHIBIT 5      Welcome to PPS Company Policies......35
                     and Procedures
17
      EXHIBIT 6      Sign-In Policy.......................39
18
      EXHIBIT 7      Daily Time Ticket....................40
19
20
21
22
23
24
25
```

Veritext Legal Solutions
346-293-7000

```
 1              THE VIDEOGRAPHER:  Good morning.  We are going
 2      on the record at 12:38 p.m on September 14th, 2021.
 3              Please note --
 4              I apologize.  I need to start that over.
 5              Please note that the microphones are sensitive
 6      and may pick up whispering, private conversations,
 7      and cellular interference.  Please turn off all
 8      cell phones or place them away from the microphones
 9      as they can interfere with the deposition audio.
10      Audio and video recording will continue to take
11      place unless all parties agree to go off the
12      record.
13              This is media unit number one of the
14      video-recorded deposition of Kendall Williams taken
15      by counsel for defendant in the matter of
16      Villarino, et al., versus Pacesetter Personnel
17      Service Incorporated, et al., filed in the United
18      States District Court, Southern District of
19      Florida, Case Number 2707-CV-60192.
20              This deposition is being held remote
21      proceeding via virtual Zoom.  My name is Derek
22      Schafer from the firm Veritext Texas and the court
23      reporter is Amber Cheek also from Veritext Texas.
24              I am not authorized to administer an oath, I
25      am not related to any party in this action, nor am
```

```
 1        I financially interested in the outcome.
 2              Counsel and all present in the room and
 3        everyone attending remotely will now state their
 4        appearance and affiliations for the record.  If
 5        there are any objections to the proceedings, please
 6        state them at the time of your appearance beginning
 7        with the plaintiff attorney.
 8              MR. CASSATA:  Good morning.  Dion Cassata and
 9        Andrew Frisch on behalf of plaintiffs.
10              MS. GORMAN:  Good afternoon.  Caroline Gorman
11        on behalf of defendants.
12   Thereupon:
13                      KENDALL WILLIAMS
14   was called as a witness and, having been first duly
15   sworn and responding, "Yes, yes, ma'am," was examined
16   and testified as follows:
17                     DIRECT-EXAMINATION
18   BY MS. GORMAN:
19        Q    Good afternoon, Mr. Williams.  My name is
20   Caroline Gorman.  I represent Pacesetter in this
21   lawsuit.  I'll be conducting your deposition today.
22              Please state and spell your name for the
23   record.
24        A    My name is Kendall Williams.  My first name is
25   spelled K-E-N-D-A-L-L, middle initial is R, and Williams
```

Page 5

```
 1    there's too many of us or they cancel and, you know, we
 2    go back to the office, they wouldn't pay me travel.
 3    They wouldn't pay me for that.
 4         Q    Okay.  When did that happen?
 5         A    Several times.
 6         Q    When though?
 7         A    It happened this year, last year.  It
 8    happened -- it happened many times.
 9         Q    Do you have any specific dates?
10         A    No, I don't.  No, I don't.
11         Q    Do you have any documentation of when that
12    happened?
13         A    No, I don't.
14         Q    Did you ever drive your own car without any
15    other workers in the car?
16         A    It was rarely.  Probably like twice, once or
17    twice, yeah.
18         Q    Okay.
19         A    My myself once or twice, yeah.
20         Q    Were you required to take other workers with
21    you if you drove?
22         A    Yeah, they would ask me can I take somebody
23    and I always told them yes.
24         Q    Why would you tell them yes?
25         A    Because they was paying me $3 and it was extra
```

Page 33

```
1        money on my check.
2            Q    Okay.
3            A    Three dollars a person.
4            Q    Could you have told them, No, I'd rather ride
5        alone today?
6            A    I could have told them that, but I didn't.
7            Q    Okay.  Because you wanted the $3, right?
8            A    I wanted the extra money.  With minimum wage,
9        you know, every buck counts, you know.
10           Q    Okay.  But a couple times you did drive your
11       car alone to the job site, right?
12           A    Yes.
13           Q    Were you ever charged more than $3 for
14       transportation?
15           A    Excuse me?  Repeat the question.
16           Q    When you took the Pacesetter van or rode with
17       a coworker or took the bus or an Uber, were you ever
18       charged more than $3 for that?
19               THE COURT REPORTER:  I'm sorry.  Speak up.  I
20          didn't hear what you said.
21               THE WITNESS:  No, no, no, no, it was always
22          $3.  Yeah, it was always $3.
23               MS. GORMAN:  Okay.
24               THE WITNESS:  I'm going to call it how it is.
25               MS. GORMAN:  Okay.
```

Page 34

```
 1                CERTIFICATE OF OATH OF WITNESS
 2     STATE OF FLORIDA    )
                           )  SS:
 3     COUNTY OF BROWARD   )
 4
 5        I, AMBER CHEEK, COURT REPORTER, Notary Public in
 6     and for the State of Florida at Large, certify that the
 7     witness, KENDALL WILLIAMS, appeared via videoconference
 8     on September 14th, 2021, and was duly sworn by me.
 9           WITNESS my hand and official seal this 28th day of
10     September, 2021.
11
12
                                  *Amber Cheek* (signature)
13
                              AMBER CHEEK, Court Reporter
14                            Notary Public, State of Florida
                              at Large
15
16     Notary # GG246052
17     My commission expires:  9/17/2022
18
19
20
21
22
23
24
25
                                                       Page 70
```

```
 1            REPORTER'S DEPOSITION CERTIFICATE
 2
 3        I, AMBER CHEEK, Court Reporter, certify that I was
 4   authorized to and did stenographically report the
 5   deposition of KENDALL WILLIAMS, the witness herein on
 6   September 14th, 2021; that a review of the transcript
 7   was requested; that the foregoing pages numbered from 1
 8   to 73 inclusive is a true and complete record of my
 9   stenographic notes of the deposition by said witness;
10   and that this computer-assisted transcript was prepared
11   under my supervision.
12        I further certify that I am not a relative,
13   employee, attorney or counsel of any of the parties, nor
14   am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action.
16        DATED this 28th day of September, 2021.
17
18                        [signature: Amber Cheek]
                          AMBER CHEEK
19                        Court Reporter
20
21
22
23
24
25
```

Page 71