# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-CV-60192-AHS

SHANE VILLARINO, an individual;
JEFFREY MONDY, an individual, and
JEROME GUNN, an individual;
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.

PACESETTER PERSONNEL SERVICE, INC.,
et al;

    Defendants.
_____

DEPOSITION OF AMARILYS BONILLA( NOTICED AS AMA BONILLA)
APPEARING REMOTELY FROM MIAMI-DADE COUNTY, FLORIDA

August 31, 2021
10:30 a.m. - 12:42 p.m.

Stenographically Reported By:
Marie Muniz, FPR
Florida Professional Reporter
Appearing remotely from Martin County, Florida

```
 1   REMOTE APPEARANCES:

 2   APPEARANCES ON BEHALF OF THE PLAINTIFFS:

 3   CASSATA LAW PLLC
     7999 North Federal Highway
 4   Boca Raton, Florida  33487
     Dion@cassatalaw.com
 5   By:  DION CASSATA, ESQ.
     Appearing on behalf of the Plaintiffs.
 6


 7   MORGAN & MORGAN
     8151 Peters Road
 8   Plantation, Florida  33324
     Afrisch@forthepeople.com
 9   By:  ANDREW R. FRISCH, ESQ.
     Appearing on behalf of the Plaintiffs.
10


11


12   APPEARANCES ON BEHALF OF THE DEFENDANTS:

13   BERG & ANDROPHY
     3704 Travis Street 48008
14   Houston, Texas  77002
     Cgorman@bafirm.com
15   By:  CAROLINE GORMAN, ESQ.
     Appearing on behalf of the Defendants.
16


17


18


19


20


21


22


23


24


25
```

```
 1                         INDEX

 2                                                    PAGE

 3   Direct Examination By Mr. Cassata                  6

 4   Certificate of Oath                               71

 5   Certificate of Reporter                           72

 6   Witness Review Letter                             73

 7   Errata Sheet                                      74

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Amarilys Bonilla
August 31, 2021  4

```
 1                      EXHIBITS
 2                                                  PAGE
 3    Plaintiffs' Exhibit 1        Ticket            29
 4    Plaintiffs' Exhibit 2        Letter            35
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Amarilys Bonilla
August 31, 2021                                                    5

```
 1            Remote deposition taken before Marie Muniz,
 2    Florida Professional Reporter and Notary Public in and
 3    for the State of Florida at Large in the above cause.
 4            THE COURT REPORTER:  The attorneys
 5        participating in this deposition acknowledge that I
 6        am not physically present in the deposition room
 7        and that I will be reporting this deposition
 8        remotely.  They further acknowledge that in lieu of
 9        an oath administered in person, I will administer
10        the oath remotely.  This arrangement is pursuant to
11        the Florida Supreme Court Administrative Order No.
12        AOSC-20-32.
13            The parties and their counsel consent to this
14        arrangement and waive any objections to this manner
15        of reporting.
16            Please indicate your agreement by stating your
17        name and your agreement on the record.
18            MS. GORMAN:  Caroline Gorman, we agree.
19            MR. CASSATA:  Dion Cassata, we agree.
20            MR. FRISCH:  Yes, I agree.
21    (Witness presents Florida driver's license and identity
22    verified.)
23            THE COURT REPORTER:  Do you solemnly swear the
24        testimony you are about to give in this case will
25        be the truth, whole truth, and nothing but the
```

1      truth, so help you God?

2              THE WITNESS:  I do.

3  Thereupon:

4                      AMARILYS BONILLA,
                  (NOTICED AS AMA BONILLA)
5    was called as a witness on behalf of the Plaintiffs,

6  and being first duly sworn, was examined and testified

7  under oath as follows:

8                       DIRECT EXAMINATION

9  BY MR. CASSATA:

10      Q    Good morning.

11      A    Good morning.

12      Q    Can you please state and spell your name for

13  the record?

14      A    Amarilys Bonilla, A-M-A-R-I-L-Y-S, and my last

15  name B-O-N-I-L-L-A.

16      Q    All right.  Would you prefer that I call you

17  Ama or Miss Bonilla?

18      A    Ama is fine.

19      Q    Okay.  What's your home address?

20      A    9412 Southwest 36th Street, Miami, Florida,

21  33165.

22      Q    Okay.  Have you ever had your deposition taken

23  before?

24      A    Yes.

25      Q    Okay.  How many times?

1  Finders, GL Staffing, People Ready, Action Labor.
2      Q    Okay.  Does Pacesetter offer anything
3  different than your competitors?
4      A    I mean, I don't know exactly how they function
5  but, I mean, I can tell you what we offer.
6      Q    Well, yeah.  Like, when Pacesetter is making
7  its sales pitch --
8      A    Uh-huh.
9      Q    -- to get business from your - from your
10 customers or potential customers, what does Pacesetter
11 tell them that they offer that your competitors don't?
12     A    I mean, I know that we have a personal
13 guarantee.  So like if they're unhappy with the worker
14 within the first two hours, we don't charge them for
15 that worker and we get them replaced.
16     Q    Okay.
17     A    I know that a lot of our competitors don't
18 have sales reps, you know, they don't really have the
19 service that we do, that we provide.
20     Q    Okay.  Does -- To your knowledge does
21 Pacesetter ever advertise to customers and indicate that
22 Pacesetter's advantage over competitors is that
23 Pacesetter will deliver workers to job sites?
24     A    No, we don't - we don't use that as a sales
25 pitch.

```
 1   park across the street in the meter parking and then
 2   we'll reimburse them for the meter or, you know, at a
 3   parking garage, you know, or, you know, the most
 4   convenient way is to get the guys delivered there.
 5        Q    Right.  Using a van or carpool, correct?
 6        A    We don't always, but it is, you know,
 7   convenient.
 8        Q    Okay.
 9        A    I mean, they can also use public
10   transportation or Uber.
11        Q    Okay.  Regardless of how we phrase this,
12   though, Pacesetter is ensuring delivery of the workers,
13   whether it's by a van or carpool, whatever it is,
14   correct?
15        A    Not -- I don't think we - we ensure actual
16   delivery.  I think -- And right now, if we're talking
17   current days, we're not even ensuring that they'll get a
18   worker, because we're so short.
19        Q    Do you have any other examples besides Las
20   Olas?  Have you ever had customers say to you, "We have
21   no parking at all.  Workers have to be dropped off"?
22        A    No.  They -- The customers will never tell us,
23   you know, workers have to be dropped off.  You know, for
24   example, we do a lot of Brickell, downtown Miami, you
25   know, South Beach, and that's, you know, really busy.
```

```
1                    CERTIFICATE OF OATH

2
    STATE OF FLORIDA
3   COUNTY OF MARTIN

4

5          I, MARIE MUNIZ, Florida Professional

6   Reporter and Notary Public in and for the State of

7   Florida, certify that AMARILYS BONILLA, NOTICED AS AMA

8   BONILLA, remotely appeared before me on August 31, 2021

9   and was duly sworn.

10

11

12     Signed this 8th day of September 2021.

13

14

15

16     _____
       Marie Muniz, Florida Professional Reporter
17     Notary Public, State of Florida
       My Commission #GG 257425
18     Expires: November 17, 2022
```

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MARTIN

  I, MARIE MUNIZ, Florida Professional Reporter, Notary Public in and for the State of Florida, certify that I was authorized to and did stenographically report the remote deposition of AMARILYS BONILLA, NOTICED AS AMA BONILLA; that a review of the transcript was requested; and that the foregoing transcript is a true record of my stenographic notes to the best of my ability.

  I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, nor financially interested in the action.


  Dated this 8th day of September 2021 at Martin County, Florida.

_____
MARIE MUNIZ, Florida Professional Reporter

```
 1  September 8, 2021

 2  TO:     AMARILYS BONILLA
    C/O:    BERG & ANDROPHY
 3          3704 Travis Street 48008
            Houston, Texas   77002
 4  ATT:    CAROLINE GORMAN, ESQ.

 5
    In Re:  Shane Villarino, et al. vs. Pacesetter Personnel
 6  Remote deposition of AMARILYS BONILLA,
    NOTICED AS AMA BONILLA
 7  Taken on 8/31/21
    U.S. Legal Support Job No. 2511718
 8

 9  The transcript of the above proceeding is now available

10  for review and is being provided to your office for

11  review by the witness.  We respectfully request that the

12  witness complete their review within 30 days and return

13  the errata sheet to our office at the below address or

14  via email to: southeastproduction@uslegalsupport.com.

15

16  Sincerely,

17

18  Marie Muniz, FPR
    U.S. Legal Support, Inc.
19  700 East Dania Beach Boulevard
    First Floor
20  Dania Beach, Florida   33004

21
    CC via transcript:
22  Dion Cassata, Esq.
    Caroline Gordon, Esq.
23

24

25
```