UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO,
LAURA J. JOHNSON,
JEFFERY MONDY, and
JEROME GUNN,
on behalf of themselves and all others similarly situated,

    Plaintiffs,                                     **Class and Collective Action**

v.

PACESETTER PERSONNEL SERVICE, INC.,
a Texas profit corporation;
PACESETTER PERSONNEL SERVICE OF
FLORIDA, INC., a Florida profit corporation;
FLORIDA STAFFING SERVICE, INC.,
a Florida profit corporation; and,
TAMPA SERVICE COMPANY, INC.,
a Florida profit corporation, each d/b/a:
PACESETTER; PACESETTER PERSONNEL;
PACESETTER PERSONNEL SERVICE;
PACESETTER PERSONNEL SERVICES;
PACESETTER PERSONNEL SERVICES, LLC;
PPS; and/or FW SERVICES,

    Defendants.
_____/

**JOINT MOTION TO APPROVE CLASS NOTICE AND EXCLUSION FORM**

Plaintiffs Shane Villarino, Laura J. Johnson, Jeffery Mondy, and Jerome Gunn, ("Plaintiffs"), and Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Service, Inc., and Tampa Service Company, Inc. ( "Defendants"), (together with Plaintiffs, the "Parties") by and through their respective undersigned counsel and pursuant to the Court's May 20, 2022 Order [DE 601], jointly move this Court to approve a Class Notice and Exclusion (Opt Out) Form to be mailed to members of the Rule 23 class certified by the Court, and

in support thereof state:

1.  Via its Order [DE 601] the Court certified a Rule 23 class of "those employees who worked at Defendants' Fort Lauderdale, Florida location, located at 381 East Commercial Boulevard, Fort Lauderdale, Florida 33334 from January 29, 2016, to the location's closure." Order at 13.

2.  The Court ordered the Parties to file a joint proposed Class Notice by today, June 2, 2022. *Id.* at 15.

3.  Following conferral, the parties are in agreement as to the form and language of the Class Notice and the Exclusion (Opt Out) Form. The agreed upon forms are attached hereto respectively as **EXHIBITS 1 and 2**.

4.  The Class Notice follows the directives of the Court regarding same.[1]

**WHEREFORE,** for the reasons detailed herein the Court should approve the parties' agreed to and proposed Class Notice and Exclusion Form.

Respectfully and jointly submitted this June 2, 2022.

By: *s/ Dion J. Cassata*  
Dion J. Cassata, Esq.  
 Florida Bar No. 672564

**CASSATA LAW, PLLC**  
Boca Crown Centre  
7999 North Federal Highway, Suite 202  
Boca Raton, Florida 33487  
Email: dion@cassatalaw.com  
Phone: 954-364-7803

By: *s/ Ronald J. Tomassi, Jr.*  
Ronald J. Tomassi, Jr.  
 Florida Bar No. 29751

**LEÓN COSGROVE, LLP**  
255 Alhambra Circle, Suite 800  
Coral Gables, Florida 33134  
Telephone:  305.740.1975  
Email: dleon@leoncosgrove.com  
Email: rtomassi@leoncosgrove.com

---

[1] The Court's Order directed: "The Court requests that the parties confer and submit a joint proposed Class Notice that (1) omits a case caption; (2) refers to only the claims made by the Commercial Boulevard class; and (3) includes the language: 'The Court has not yet decided whether Pacesetter has done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be.' " *Id.* at 14.

2

| | |
|---|---|
| Andrew R. Frisch, Esq.<br>  Florida Bar No. 27777<br><br>**MORGAN & MORGAN, P.A.**<br>8151 Peters Road, 4th Floor<br>Plantation, FL 33324<br>Email: afrisch@forthepeople.com<br>Phone: 954-967-5377<br><br>*Counsel for Plaintiffs* | Joel M. Androphy, Esq.<br>Caroline Gorman, Esq.<br><br>**BERG & ANDROPHY**<br>3704 Travis Street<br>Houston, Texas 77002<br>Telephone:  713-529-5622<br>Email: jandrophy@bafirm.com<br>Email: cgorman@bafirm.com<br><br>*Counsel for Defendants* |