## NOTICE OF CLASS ACTION LAWSUIT AND RIGHTS

*This notice and its contents have been authorized by a federal court.*

**IF YOU ARE OR WERE AT ANY TIME FROM JANUARY 29, 2016 TO FEBRUARY 15, 2021, A "DAILY TICKET" WORKER (A DAY LABORER) WHO WORKED FOR PACESETTER PERSONNEL SERVICES, INC. ("PACESETTER") AND WORKED OUT OF PACESETTER'S FORMER LABOR HALL LOCATED AT 381 EAST COMMERCIAL BLVD., FORT LAUDERDALE, FL 33334, THIS LAWSUIT MAY AFFECT YOUR RIGHTS.**

### INTRODUCTION TO THE CASE

Shane Villarino and numerous other current and former "daily ticket" workers (day laborers) have sued Pacesetter[1] in the United States District Court for the Southern District of Florida alleging that Pacesetter failed to provide them and other daily ticket workers with adequate bathroom facilities and drinking water at Pacesetter's (now closed) labor hall located at 381 East Commercial Blvd, Fort Lauderdale, FL 33334, in violation of the Florida Labor Pool Act, Fla. Stats. 448.24(5)(a) and (b), from January 29, 2016 until that facility closed in February 2021.[2]

The Defendants in the lawsuit maintain that they properly followed the requirements of the Florida Labor Pool Act at all times relevant, and otherwise treated all employees in conformance with the law.

On May 20, 2022, the Court granted certification of this case as a class action under the Federal Rules of Civil Procedure and authorized this notice be sent to all class members. This notice specifies your rights as a class member, including whether you want to be excluded from this class action, or whether you want to make your own separate appearance in this matter with a lawyer of your choosing (and your cost).

The Court has not yet decided whether Pacesetter has done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be.

**THE LAW PROHIBITS ANYONE FROM DISCRIMINATING OR RETALIATING AGAINST YOU FOR TAKING PART IN THIS LAWSUIT.**

### YOUR LEGAL RIGHTS & OPTIONS

YOU ARE AUTOMATICALLY INCLUDED AS PART OF THIS LAWSUIT. THEREFORE, IF YOU DO NOTHING IN RESPONSE TO THIS NOTICE, YOU WILL REMAIN A PART OF THE CLASS AND WILL BE REPRESENTED BY THE PLAINTIFFS' AND BY PLAINTIFF'S COUNSEL BELOW, WHO ARE REPRESENTING THE PLAINTIFSF AND CLASS ON A CONTINGENCY FEE BASIS.

---

[1] The Defendants in the lawsuit are PACESETTER PERSONNEL SERVICE, INC., PACESETTER PERSONNEL SERVICE OF FLORIDA, INC., FLORIDA STAFFING SERVICE, INC., TAMPA SERVICE COMPANY, INC., and PACESETTER PERSONNEL SERVICES, LLC (collectively "Pacesetter" or "Defendants").

[2] The case is captioned as *Villarino, et al., vs. Pacesetter Personnel Services, Inc.,* Case No. 20-60192-CIV-AHS, and is pending in the U.S. District Court for the Southern District of Florida.

IF YOU DECIDE YOU DO NOT WANT TO BE PART OF THIS LAWSUIT AT ALL, YOU MUST COMPLETE THE ATTACHED FORM AND INDICATE THAT YOU DO NOT WANT TO BE INVOLVED IN THIS LAWSUIT. BY SELECTING THIS OPTION, YOU WILL NOT SHARE IN ANY MONEY OR BENEFITS AWARDED IN THIS LAWSUIT, IF MONEY OR BENEFITS ARE LATER AWARDED. YOU STILL, HOWEVER, RETAIN YOUR RIGHTS TO BRING A SEPARATE SUIT AGAINST DEFENDANTS (WITHIN THE APPLICABLE STATUTE OF LIMITATIONS PERIOD).

ANY JUDGMENT, WHETHER FAVORABLE OR NOT, WILL INCLUDE ALL MEMBERS WHO DO NOT REQUEST TO BE EXCLUDED.

YOU ALSO HAVE THE RIGHT TO MAKE A SEPARATE APPEARANCE IN THIS ACTION ON OR BEFORE _____, 2022. YOU ARE FREE TO CONSULT AND PAY FOR AN ATTORNEY OF YOUR CHOICE TO MAKE THIS SEPARATE APPEARANCE.

**Commented [CG1]:** What's this date supposed to be? Should it just be "four years from the date of violation."

### TIMING OF YOUR DECISION

If you decide you do not want to be part of this lawsuit, you must complete the attached Exclusion Form and return it to Plaintiffs' Counsel (at the address below) in sufficient time to be filed with the Court on or before: _____, 2022. If you do not return the Exclusion Form, you automatically will be part of the class as described above. Additionally, if you choose to make a separate appearance, you have the right to hire and pay for the counsel of your choosing and enter an appearance on or before: _____, 2022.

Mr. Villarino and the other Plaintiffs are represented in this case by:

| | | |
|---|---|---|
| Andrew R. Frisch, Esq.<br>MORGAN & MORGAN, P.A.<br>8581 Peters Road, Suite 4000<br>Plantation, Florida 33324<br><br>Telephone: (954) WORKERS<br>[967-5377]<br>Facsimile: (954) 327-3013<br>*afrisch@forthepeople.com* | -and- | Dion J. Cassata, Esq.<br>CASSATA LAW, PLLC<br>7999 N. Federal Hwy., Suite 202<br>Boca Raton, FL 33487<br><br>Telephone: (954) 364-7803<br>*dion@cassatalaw.com* |

Pacesetter is represented by:

| | | |
|---|---|---|
| Ronald J. Tomassi, Jr., Esq.<br>LEON COSGROVE, LLP<br>255 Alhambra Cir., 8th Floor<br>Miami, Florida 33134<br>Telephone: 305.740.1975<br>*rtomassi@leoncosgrove.com* | -and- | Caroline Gorman, Esq.<br>BERG & ADROPHY<br>3714 Travis St.<br>Houston, Texas 77002<br>Tel. 713.529.5622, ext. 126<br>*cgorman@bafirm.com* |

If you have any questions about this Notice or the lawsuit, you may contact the Plaintiffs' attorneys. State Law prohibits Defendants from firing you or in any way discriminating against you because you have joined in this lawsuit. Therefore, Defendants are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this lawsuit. Participating in the lawsuit does not excuse current employees from complying with Defendants' existing policies and work rules.