# EXCLUSION FORM

The undersigned has read the foregoing Notice of Class Action Lawsuit and Rights, and wishes to opt-out of the civil action of *Villarino, et al., vs. Pacesetter Personnel Services, Inc.,* Case No. 20-60192-CIV-AHS, pending in the U.S. District Court for the Southern District of Florida.

I understand that by requesting to be excluded I will receive no money from a judgment, if any, in this case. I understand that if I am excluded I will have no additional obligations regarding this lawsuit. I understand that if I am excluded from the class I may bring a separate lawsuit. I understand that in any separate lawsuit, I may receive nothing or less than I would have received if I had opted to remain in this class.

_____
Printed Name

_____
Signature

_____
Telephone Number

_____
Date