# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [266598900]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILLIPS, RONALD O | 105398 | 1/16/2018 3522072 | 8.00 | . | 8.25 | . | 66.00 | 3.00 | 5.05 | 1.10 | . | . | . | 3.00 | . | Pd by Alexande 53.85 | 1/16/2018 545461 | . | 1/21/2018 87474FTL |
| PHILLIPS, RONALD O | 104907 | 1/17/2018 3522141 | 8.00 | . | 8.25 | . | 66.00 | 3.00 | 5.05 | 1.10 | . | . | . | 3.00 | . | Pd by Alexande 53.85 | 1/17/2018 545583 | . | 1/21/2018 87457FTL |
| PHILLIPS, RONALD O | 104118 | 1/19/2018 3522481 | 5.00 | . | 14.78 | . | 73.90 | 3.00 | 5.65 | 1.89 | . | . | . | . | . | Pd by Alexande 63.36 | 1/19/2018 545839 | . | 1/21/2018 87447FTL |
| PHILLIPS, RONALD O | 106317 | 1/23/2018 3522884 | 8.00 | . | 10.00 | . | 80.00 | . | 6.12 | 2.50 | . | . | . | 3.00 | . | Pd by Alexande 68.38 | 1/23/2018 546292 | . | 1/28/2018 87585FTL |
| PHILLIPS, RONALD O | 106301 | 1/24/2018 3523017 | 8.00 | . | 9.00 | . | Comments: [3/BUS PASS] 72.00 | . | 5.50 | 1.70 | . | . | . | 12.00 | . | Pd by Alexande 52.80 | 1/24/2018 546366 | . | 1/28/2018 87584FTL |
| PHILLIPS, RONALD O | 105279 | 1/25/2018 3523130 | 8.00 | . | 8.25 | . | Comments: [BUS PASS] 66.00 | . | 5.05 | 0.38 | . | . | . | 6.00 | . | Pd by Alexande 54.57 | 1/25/2018 546522 | . | 1/28/2018 87562FTL |
| PHILLIPS, RONALD O | 105030 | 1/26/2018 3523261 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | 0.38 | . | . | . | 3.00 | . | Pd by Alexande 57.57 | 1/26/2018 546735 | . | 1/28/2018 87623FTL |
| PHILLIPS, RONALD O | 104462 | 1/29/2018 3523652 | 10.00 | . | 9.00 | . | Comments: [broom] 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | 6 | Pd by Alexande 70.83 | 1/29/2018 547011 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 1/30/2018 3523824 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 77.33 | 1/30/2018 547213 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 1/31/2018 3524014 | 10.00 | . | 9.00 | . | 90.00 | 6.00 | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 71.33 | 2/1/2018 547349 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 2/1/2018 3524183 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 77.33 | 2/2/2018 547516 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 2/2/2018 3524372 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Dominick 77.33 | 2/3/2018 547712 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 2/3/2018 3524536 | 8.00 | . | 9.00 | . | 72.00 | . | 5.50 | 0.98 | . | . | . | 3.00 | . | Pd by Alexande 62.52 | 2/5/2018 547759 | . | 2/4/2018 87857FTL |
| PHILLIPS, RONALD O | 104462 | 2/5/2018 3524592 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | . | . | Pd by Alexande 80.33 | 2/6/2018 547887 | . | 2/11/2018 88014FTL |
| PHILLIPS, RONALD O | 99999 | 2/6/2018 3524795 | . | 18.00 | 4.50 | . | Comments: [Manual Overtime] 81.00 | . | 6.19 | 1.88 | . | . | . | . | . | Pd by Alexande 72.93 | 2/6/2018 547935 | . | 2/4/2018 FTL |
| PHILLIPS, RONALD O | 104462 | 2/6/2018 3524736 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 77.33 | 2/6/2018 548059 | . | 2/11/2018 88014FTL |
| PHILLIPS, RONALD O | 104462 | 2/7/2018 3524905 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 77.33 | 2/8/2018 548204 | . | 2/11/2018 88014FTL |
| PHILLIPS, RONALD O | 104462 | 2/8/2018 3525068 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | 2.78 | . | . | . | 3.00 | . | Pd by Alexande 77.33 | 2/9/2018 548354 | . | 2/11/2018 88014FTL |

DEFENDANT0027885

# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [264697946]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MERRITT, ERNEST | 106832 | 6/26/2018 3544597 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 3.00 | | Pd by Alexande 45.26 | 6/26/2018 566073 | . | 7/1/2018 91744FTL |
| MERRITT, ERNEST | 106832 | 6/27/2018 3544743 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 3.00 | | Pd by Alexande 45.26 | 6/27/2018 566231 | . | 7/1/2018 91744FTL |
| MERRITT, ERNEST | 106832 | 6/28/2018 3544920 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 3.00 | | Pd by Alexande 45.26 | 6/28/2018 566380 | . | 7/1/2018 91744FTL |
| MERRITT, ERNEST | 106832 | 6/29/2018 3545090 | 8.00 | . | 8.25 | . | Comments: [x2 bus pass 6-29] 66.00 | 12.69 | 5.05 | . | . | . | . | 9.00 | | Pd by Alexande 39.26 | 6/29/2018 566549 | . | 7/1/2018 91744FTL |
| MERRITT, ERNEST | 107088 | 7/3/2018 3545610 | 8.00 | . | 12.79 | . | Comments: [BUS PASSX2] 102.32 | 12.69 | 7.82 | 4.22 | . | . | . | 6.00 | | Pd by Alexande 71.59 | 7/3/2018 567036 | . | 7/8/2018 91942FTL |
| MERRITT, ERNEST | 106973 | 7/5/2018 3545738 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 3.00 | | Pd by Alexande 45.26 | 7/5/2018 567188 | . | 7/8/2018 91836FTL |
| MERRITT, ERNEST | 105505 | 7/6/2018 3546040 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 3.00 | | Pd by Alexande 45.26 | 7/6/2018 567346 | . | 7/8/2018 91955FTL |
| MERRITT, ERNEST | 107108 | 7/9/2018 3546286 | 8.00 | . | 8.25 | . | Comments: [x3 bus passes] 66.00 | 12.69 | 5.05 | . | . | . | . | 9.00 | | Pd by Alexande 39.26 | 7/9/2018 567532 | . | 7/15/2018 92048FTL |
| MERRITT, ERNEST | 106243 | 7/13/2018 3546903 | 8.00 | . | 8.25 | . | Comments: [HARD HAT DAMAGE BUS2] 66.00 | 12.69 | 5.05 | . | . | . | . | 9.00 | 5 | Pd by Alexande 34.26 | 7/13/2018 568228 | . | 7/15/2018 92085FTL |
| MERRITT, ERNEST | 106243 | 7/16/2018 3547196 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 6.00 | | Pd by Alexande 42.26 | 7/16/2018 568479 | . | 7/22/2018 92288FTL |
| MERRITT, ERNEST | 07150 | 7/18/2018 3547559 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 6.00 | | Pd by Alexande 42.26 | 7/18/2018 568809 | . | 7/22/2018 92238FTL |
| MERRITT, ERNEST | 105505 | 7/20/2018 3548024 | 8.00 | . | 8.25 | . | 66.00 | 12.69 | 5.05 | . | . | . | . | 4.50 | | Pd by Alexande 43.76 | 7/20/2018 569211 | . | 7/22/2018 92271FTL |
| MERRITT, ERNEST | 106020 | 7/28/2018 3549401 | 4.50 | . | 8.25 | . | 37.13 | 12.69 | 2.84 | . | . | . | . | -9.00 | | Pd by Alexande 30.60 | 7/29/2018 570374 | . | 7/29/2018 92590FTL |
| MERRITT, ERNEST | 206435 | 4/12/2019 3584752 | 8.00 | . | 8.46 | . | 67.68 | 12.69 | 5.18 | . | . | . | . | 4.50 | | Pd by Alexande 45.31 | 4/12/2019 602937 | . | 4/14/2019 100084FTL |
| MERRITT, ERNEST | 06733 | 4/16/2019 3585181 | 8.00 | . | 8.46 | . | 67.68 | 15.69 | 5.18 | . | . | . | . | 6.00 | | Pd by Dominick 40.81 | 4/16/2019 603353 | . | 4/21/2019 100215FTL |
| MERRITT, ERNEST | 206506 | 4/17/2019 3585401 | 8.00 | . | 8.46 | . | Comments: [BOOTS] 67.68 | 15.69 | 5.18 | . | . | . | . | 6.00 | 5 | Pd by Dominick 35.81 | 4/17/2019 603467 | . | 4/21/2019 100300FTL |
| MERRITT, ERNEST | 06265 | 8/6/2019 3602946 | 8.00 | . | 8.46 | . | 67.68 | 15.69 | 5.18 | . | . | . | . | 3.00 | | Pd by Alexande 43.81 | 8/6/2019 619284 | . | 8/11/2019 104147FTL |
| MERRITT, ERNEST | 207323 | 8/7/2019 3603211 | 8.00 | . | 8.46 | . | 67.68 | 15.69 | 5.18 | . | . | . | . | 3.00 | | Pd by Alexande 43.81 | 8/7/2019 619502 | . | 8/11/2019 104286FTL |

DEFENDANT0027594

# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [593327048]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KUEHL, BARBARA A | 105492 | 5/24/2018 3540088 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 5/25/2018 562158 | . | 5/27/2018 90681FTL |
| KUEHL, BARBARA A | 105492 | 5/25/2018 3540355 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 5/25/2018 562157 | . | 5/27/2018 90681FTL |
| KUEHL, BARBARA A | 99999 | 5/29/2018 3540706 | . | 5.00 | 4.13 | . | Comments: [Manual Overtime] 20.65 | . | 1.58 | 0.65 | . | . | . | . | . | Pd by Alexande 18.42 | 5/29/2018 562406 | . | 5/27/2018 FTL |
| KUEHL, BARBARA A | 105492 | 5/29/2018 3540468 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 5/29/2018 562460 | . | 6/3/2018 90845FTL |
| KUEHL, BARBARA A | 104907 | 6/13/2018 3542621 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | 5.48 | . | . | . | 3.00 | . | Pd by Alexande 52.47 | 6/13/2018 564403 | . | 6/17/2018 91239FTL |
| KUEHL, BARBARA A | 106583 | 6/14/2018 3542988 | 8.00 | . | 8.25 | . | Comments: [BUS PASS PM TIME] 66.00 | . | 5.05 | 5.48 | . | . | . | 6.00 | . | Pd by Alexande 49.47 | 6/14/2018 564639 | . | 6/17/2018 91302FTL |
| KUEHL, BARBARA A | 106034 | 6/15/2018 3543220 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | 5.48 | . | . | . | 3.00 | . | Pd by Alexande 52.47 | 6/15/2018 564687 | . | 6/17/2018 91274FTL |
| KUEHL, BARBARA A | 106304 | 6/16/2018 3543272 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | 5.48 | . | . | . | 3.00 | . | Pd by Dominick 52.47 | 6/16/2018 564864 | . | 6/17/2018 91284FTL |
| KUEHL, BARBARA A | 106034 | 6/18/2018 3543284 | 8.00 | . | 8.25 | . | Comments: [BUS PASS 6-18 PM TIM] 66.00 | . | 5.05 | 5.48 | . | . | . | 6.00 | . | Pd by Alexande 49.47 | 6/18/2018 564976 | . | 6/24/2018 91585FTL |
| KUEHL, BARBARA A | 106034 | 6/19/2018 3543545 | 8.00 | . | 8.25 | . | Comments: [bus pass 6/19 pm tim] 66.00 | . | 5.05 | 5.48 | . | . | . | 6.00 | . | Pd by Alexande 49.47 | 6/19/2018 565146 | . | 6/24/2018 91585FTL |
| KUEHL, BARBARA A | 105254 | 6/20/2018 3543770 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 6/20/2018 565337 | . | 6/24/2018 91472FTL |
| KUEHL, BARBARA A | 105254 | 6/21/2018 3543976 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 6/21/2018 565505 | . | 6/24/2018 91472FTL |
| KUEHL, BARBARA A | 5254 | 6/22/2018 3544142 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 6/22/2018 565658 | . | 6/24/2018 91472FTL |
| KUEHL, BARBARA A | 5254 | 6/25/2018 3544305 | 9.00 | . | 8.25 | . | Comments: [BUS PASS PM TIME] 74.25 | . | 5.68 | 6.47 | . | . | . | 6.00 | . | Pd by Alexande 56.10 | 6/25/2018 565916 | . | 7/1/2018 91675FTL |
| KUEHL, BARBARA A | 99999 | 6/26/2018 3544711 | . | 3.00 | 4.13 | . | Comments: [Manual Overtime] 12.39 | . | 0.95 | . | . | . | . | . | . | Pd by Alexande 11.44 | 6/26/2018 566046 | . | 6/24/2018 FTL |
| KUEHL, BARBARA A | 105254 | 6/26/2018 3544566 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 6/26/2018 566099 | . | 7/1/2018 91675FTL |
| KUEHL, BARBARA A | 05254 | 6/27/2018 3544767 | 9.00 | . | 8.25 | . | 74.25 | . | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 59.10 | 6/27/2018 566227 | . | 7/1/2018 91675FTL |
| KUEHL, BARBARA A | 05254 | 6/28/2018 3544913 | 9.00 | . | 8.25 | . | 74.25 | 6.00 | 5.68 | 6.47 | . | . | . | 3.00 | . | Pd by Alexande 53.10 | 6/28/2018 566389 | . | 7/1/2018 91675FTL |

DEFENDANT0027685

# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [766247904]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TELUSME, WILFRANCE | 5698 | 3/27/2018 3531486 | 8.50 | . | 8.25 | . | 70.13 | . | 5.37 | . | . | . | . | 3.00 | . | Pd by Alexande 61.76 | 3/28/2018 554261 | . | 4/1/2018 89128FTL |
| TELUSME, WILFRANCE | 05505 | 3/29/2018 3531701 | 8.00 | . | 8.25 | . | Comments: [BUS PASS 3/29] 66.00 | . | 5.05 | . | . | . | . | 6.00 | . | Pd by Alexande 54.95 | 3/29/2018 554371 | . | 4/1/2018 89223FTL |
| TELUSME, WILFRANCE | 106639 | 3/30/2018 3531835 | 10.00 | . | 9.75 | . | 97.50 | 3.00 | 7.46 | . | . | . | . | 3.00 | . | Pd by Alexande 84.04 | 3/30/2018 554661 | . | 4/1/2018 89216FTL |
| TELUSME, WILFRANCE | 99999 | 4/3/2018 3532430 | . | 5.25 | 4.87 | . | Comments: [Manual Overtime] 25.57 | . | 1.96 | . | . | . | . | . | . | Pd by Alexande 23.61 | 4/3/2018 554914 | . | 4/1/2018 FTL |
| TELUSME, WILFRANCE | 06190 | 4/3/2018 3532379 | 5.00 | . | 8.25 | . | Comments: [BUS PASS 4-3-18 PM] 41.25 | . | 3.16 | . | . | . | . | 7.50 | . | Pd by Alexande 30.59 | 4/3/2018 554990 | . | 4/8/2018 89332FTL |
| TELUSME, WILFRANCE | 106500 | 4/4/2018 3532601 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | . | . | . | . | 1.50 | . | Pd by Alexande 59.45 | 4/4/2018 555128 | . | 4/8/2018 89262FTL |
| TELUSME, WILFRANCE | 105981 | 4/5/2018 3532671 | 8.00 | . | 8.50 | . | 68.00 | . | 5.21 | . | . | . | . | 6.00 | . | Pd by Alexande 56.79 | 4/5/2018 555293 | . | 4/8/2018 89325FTL |
| TELUSME, WILFRANCE | 104645 | 4/6/2018 3532925 | 9.00 | . | 10.00 | . | 90.00 | . | 6.89 | . | . | . | . | 3.00 | . | Pd by Alexande 80.11 | 4/6/2018 555498 | . | 4/8/2018 89242FTL |
| TELUSME, WILFRANCE | 105698 | 4/9/2018 3533211 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | . | . | . | . | 3.00 | . | Pd by Alexande 57.95 | 4/9/2018 555754 | . | 4/15/2018 89508FTL |
| TELUSME, WILFRANCE | 104645 | 4/10/2018 3533397 | 8.00 | . | 10.00 | . | 80.00 | 3.00 | 6.12 | . | . | . | . | 3.00 | . | Pd by Dominick 67.88 | 4/10/2018 555878 | . | 4/15/2018 89435FTL |
| TELUSME, WILFRANCE | 05814 | 4/11/2018 3533700 | 8.00 | . | 8.25 | . | 66.00 | 3.00 | 5.05 | . | . | . | . | 4.50 | . | Pd by Alexande 53.45 | 4/11/2018 556165 | . | 4/15/2018 89511FTL |
| TELUSME, WILFRANCE | 106190 | 4/12/2018 3533834 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | . | . | . | . | 4.50 | . | Pd by Alexande 56.45 | 4/12/2018 556331 | . | 4/15/2018 89525FTL |
| TELUSME, WILFRANCE | 105788 | 4/13/2018 3534095 | 8.50 | . | 8.25 | . | 70.13 | . | 5.37 | . | . | . | . | 6.00 | . | Pd by Alexande 58.76 | 4/13/2018 556421 | . | 4/15/2018 89512FTL |
| TELUSME, WILFRANCE | 106561 | 4/16/2018 3534365 | 8.00 | . | 9.75 | . | 78.00 | . | 5.97 | . | . | . | . | 7.50 | . | Pd by Alexande 64.53 | 4/16/2018 556784 | . | 4/22/2018 89743FTL |
| TELUSME, WILFRANCE | 99999 | 4/17/2018 3534612 | . | 0.50 | 4.13 | . | Comments: [Manual Overtime] 2.07 | . | 0.16 | . | . | . | . | . | . | Pd by Alexande 1.91 | 4/17/2018 556859 | . | 4/15/2018 FTL |
| TELUSME, WILFRANCE | 100962 | 4/17/2018 3534499 | 8.00 | . | 8.25 | . | 66.00 | . | 5.05 | . | . | . | . | 3.00 | . | Pd by Alexande 57.95 | 4/17/2018 557008 | . | 4/22/2018 89658FTL |
| TELUSME, WILFRANCE | 00962 | 4/18/2018 3534513 | 5.50 | . | 8.25 | . | 45.38 | . | 3.47 | . | . | . | . | 3.00 | . | Pd by Dominick 38.91 | 4/19/2018 557184 | . | 4/22/2018 89658FTL |
| TELUSME, WILFRANCE | 105930 | 4/18/2018 3534733 | 5.00 | . | 8.25 | . | 41.25 | . | 3.16 | . | . | . | . | 1.50 | . | Pd by Alexande 36.59 | 4/18/2018 557144 | . | 4/22/2018 89700FTL |

Generated on 3/25/2021 at 12:49:14 PM

DEFENDANT0027348

# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [766247904]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TELUSME, WILFRANCE | 206174 | 3/28/2019 3582722 | 4.00 | . | 8.46 | . | 33.84 | . | 2.59 | . | . | . | . | 4.50 | . | Pd by Alexande 26.75 | 3/28/2019 600880 | . | 3/31/2019 99650FTL |
| TELUSME, WILFRANCE | 104536 | 4/1/2019 3583123 | 5.00 | . | 9.00 | . | 45.00 | . | 3.44 | . | . | . | . | 1.50 | . | Pd by Alexande 40.06 | 4/1/2019 601315 | . | 4/7/2019 99812FTL |
| TELUSME, WILFRANCE | 206807 | 4/3/2019 3583467 | 9.00 | . | 9.00 | . | 81.00 | . | 6.19 | . | . | . | . | 4.50 | . | Pd by Alexande 70.31 | 4/3/2019 601654 | . | 4/7/2019 99932FTL |
| TELUSME, WILFRANCE | 206532 | 4/4/2019 3583630 | 8.50 | . | 10.00 | . | 85.00 | . | 6.50 | . | . | . | . | 4.50 | . | Pd by Alexande 74.00 | 4/4/2019 601804 | . | 4/7/2019 99775FTL |
| TELUSME, WILFRANCE | 206724 | 4/5/2019 3583507 | 7.00 | . | 11.00 | . | 77.00 | . | 5.89 | . | . | . | . | 3.00 | . | Pd by Alexande 68.11 | 4/5/2019 601945 | . | 4/7/2019 99786FTL |
| TELUSME, WILFRANCE | 206830 | 4/8/2019 3584043 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | . | . | . | . | 4.50 | . | Pd by Alexande 78.61 | 4/8/2019 602173 | . | 4/14/2019 100139FTL |
| TELUSME, WILFRANCE | 206830 | 4/9/2019 3584187 | 5.50 | . | 9.00 | . | 49.50 | . | 3.79 | . | . | . | . | 4.50 | . | Pd by Alexande 41.21 | 4/9/2019 602275 | . | 4/14/2019 100139FTL |
| TELUSME, WILFRANCE | 206292 | 4/10/2019 3584471 | 8.00 | . | 10.00 | . | 80.00 | . | 6.12 | . | . | . | . | 3.00 | . | Pd by Alexande 70.88 | 4/10/2019 602500 | . | 4/14/2019 100076FTL |
| TELUSME, WILFRANCE | 100962 | 4/11/2019 3584658 | 4.00 | . | 8.46 | . | 33.84 | . | 2.59 | . | . | . | . | 3.00 | . | Pd by Alexande 28.25 | 4/12/2019 602773 | . | 4/14/2019 100159FTL |
| TELUSME, WILFRANCE | 206724 | 4/11/2019 3584666 | 8.00 | . | 11.00 | . | 88.00 | . | 6.74 | . | . | . | . | 3.00 | . | Pd by Alexande 78.26 | 4/11/2019 602680 | . | 4/14/2019 99992FTL |
| TELUSME, WILFRANCE | 206724 | 4/12/2019 3584806 | 8.00 | . | 11.00 | . | 88.00 | . | 6.74 | . | . | . | . | 4.50 | . | Pd by Alexande 76.76 | 4/12/2019 602877 | . | 4/14/2019 99992FTL |
| TELUSME, WILFRANCE | 206221 | 4/15/2019 3585164 | 6.00 | . | 10.00 | . | 60.00 | . | 4.59 | . | . | . | . | 4.50 | . | Pd by Alexande 50.91 | 4/15/2019 603045 | . | 4/21/2019 100287FTL |
| TELUSME, WILFRANCE | 206864 | 4/15/2019 3585218 | 4.00 | . | 8.46 | . | 33.84 | . | 2.59 | . | . | . | . | 1.50 | . | Pd by Alexande 29.75 | 4/16/2019 603195 | . | 4/21/2019 100229FTL |
| TELUSME, WILFRANCE | 206864 | 4/16/2019 3585338 | 7.50 | . | 8.46 | . | 63.45 | . | 4.85 | . | . | . | . | 1.50 | . | Pd by Dominick 57.10 | 4/16/2019 603401 | . | 4/21/2019 100229FTL |
| TELUSME, WILFRANCE | 99999 | 4/16/2019 3585464 | . | 3.50 | 4.81 | . | Comments: [Manual Overtime] 16.84 | . | 1.28 | . | . | . | . | . | . | Pd by Alexande 15.56 | 4/16/2019 603258 | . | 4/14/2019 FTL |
| TELUSME, WILFRANCE | 206760 | 4/17/2019 3585614 | 11.50 | . | 9.00 | . | 103.50 | . | 7.92 | . | . | . | . | 3.00 | . | Pd by Dominick 92.58 | 4/17/2019 603566 | . | 4/21/2019 100327FTL |
| TELUSME, WILFRANCE | 06909 | 4/23/2019 3586277 | 4.00 | . | 10.00 | . | 40.00 | . | 3.06 | . | . | . | . | 4.50 | . | Pd by Alexande 32.44 | 4/25/2019 604417 | . | 4/28/2019 100464FTL |
| TELUSME, WILFRANCE | 06882 | 4/24/2019 3586465 | 10.50 | . | 9.00 | . | 94.50 | . | 7.23 | . | . | . | . | 4.50 | . | Pd by Alexande 82.77 | 4/24/2019 604409 | . | 4/28/2019 100593FTL |

# Ticket Report

Company Filter: [tsftl]  Type: [Full]  Sort: [Social Security #]  Ticket Types: [Regular][Hold Outs][Other Staff][O/T][Other][Non Billable]
SS Number: [766247904]  Worked 5/26/2017-5/26/2020.

| Employee | Cust. | Ticket | Hours | OT hrs | Rate | Adtl | Gross | Draw | FIC\|M | Fed | State | EIC | Gas | Tran | Equip | Net | Ck# | OT due | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TELUSME, WILFRANCE | 99999 | 5/28/2019 3591318 | . | 5.50 | 4.37 | . | Comments: [Manual Overtime] 24.04 | . | 1.84 | . | . | . | . | . | . | Pd by Alexande 22.20 | 5/28/2019 608541 | . | 5/26/2019 FTL |
| TELUSME, WILFRANCE | 206680 | 5/30/2019 3591653 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 6.00 | . | Pd by Alexande 56.50 | 5/30/2019 609005 | . | 6/2/2019 101714FTL |
| TELUSME, WILFRANCE | 207097 | 5/31/2019 3591835 | 7.00 | . | 8.46 | . | 59.22 | . | 4.53 | . | . | . | . | 4.50 | . | Pd by Alexande 50.19 | 5/31/2019 609208 | . | 6/2/2019 101773FTL |
| TELUSME, WILFRANCE | 207096 | 6/3/2019 3591935 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 4.50 | . | Pd by Mimi 58.00 | 6/4/2019 609436 | . | 6/9/2019 101822FTL |
| TELUSME, WILFRANCE | 207132 | 6/5/2019 3592409 | 6.00 | . | 8.46 | . | 50.76 | . | 3.89 | . | . | . | . | 4.50 | . | Pd by Alexande 42.37 | 6/5/2019 609618 | . | 6/9/2019 101894FTL |
| TELUSME, WILFRANCE | 07097 | 6/7/2019 3592892 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 3.00 | . | Pd by Alexande 59.50 | 6/7/2019 610123 | . | 6/9/2019 101996FTL |
| TELUSME, WILFRANCE | 207097 | 6/10/2019 3593009 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 3.00 | . | Pd by Alexande 59.50 | 6/10/2019 610292 | . | 6/16/2019 102237FTL |
| TELUSME, WILFRANCE | 207180 | 6/12/2019 3593627 | 7.00 | . | 10.00 | . | 70.00 | . | 5.36 | . | . | . | . | 3.00 | . | Pd by Alexande 61.64 | 6/12/2019 610679 | . | 6/16/2019 102096FTL |
| TELUSME, WILFRANCE | 206651 | 6/13/2019 3593821 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 3.00 | . | Pd by Alexande 59.50 | 6/13/2019 610850 | . | 6/16/2019 102182FTL |
| TELUSME, WILFRANCE | 206811 | 6/17/2019 3594135 | 8.00 | . | 8.46 | . | 67.68 | . | 5.18 | . | . | . | . | 1.50 | . | Pd by Alexande 61.00 | 6/17/2019 611335 | . | 6/23/2019 102330FTL |
| TELUSME, WILFRANCE | 207210 | 6/18/2019 3594513 | 9.50 | . | 9.00 | . | 85.50 | . | 6.54 | . | . | . | . | 3.00 | . | Pd by Mimi 75.96 | 6/18/2019 611680 | . | 6/23/2019 102537FTL |
| TELUSME, WILFRANCE | 207166 | 6/19/2019 3594774 | 6.00 | . | 9.00 | . | 54.00 | 3.00 | 4.13 | . | . | . | . | 3.00 | . | Pd by Alexande 43.87 | 6/19/2019 611733 | . | 6/23/2019 102497FTL |
| TELUSME, WILFRANCE | 107069 | 6/20/2019 3595024 | 5.50 | . | 10.00 | . | 55.00 | . | 4.21 | . | . | . | . | 4.50 | . | Pd by Alexande 46.29 | 6/20/2019 611916 | . | 6/23/2019 102303FTL |
| TELUSME, WILFRANCE | 207209 | 6/21/2019 3595254 | 4.00 | . | 9.00 | . | 36.00 | . | 2.75 | . | . | . | . | 4.50 | . | Pd by Alexande 28.75 | 6/21/2019 612134 | . | 6/23/2019 102507FTL |
| TELUSME, WILFRANCE | 207209 | 6/24/2019 3595551 | 10.00 | . | 9.00 | . | 90.00 | . | 6.89 | . | . | . | . | 6.00 | . | Pd by Dominick 77.11 | 6/24/2019 612570 | . | 6/30/2019 102636FTL |
| TELUSME, WILFRANCE | 207266 | 6/25/2019 3595772 | 8.00 | . | 11.00 | . | 88.00 | . | 6.74 | . | . | . | . | 1.50 | . | Pd by Dominick 79.76 | 6/25/2019 612792 | . | 6/30/2019 102650FTL |
| TELUSME, WILFRANCE | 207170 | 6/26/2019 3596002 | 11.25 | . | 9.00 | . | 101.25 | . | 7.75 | . | . | . | . | 4.50 | . | Pd by Dominick 89.00 | 6/26/2019 613020 | . | 6/30/2019 102755FTL |
| TELUSME, WILFRANCE | 207170 | 6/27/2019 3596259 | 11.00 | . | 9.00 | . | 99.00 | . | 7.58 | . | . | . | . | 4.50 | . | Pd by Alexande 86.92 | 6/27/2019 613250 | . | 6/30/2019 102755FTL |

DEFENDANT0027362