# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO,
LAURA J. JOHNSON,
JEFFERY MONDY, and
JEROME GUNN,
on behalf of themselves and all others similarly situated,

    Plaintiffs,       **Class and Collective Action**

v.

PACESETTER PERSONNEL SERVICE, INC.,
a Texas profit corporation;
PACESETTER PERSONNEL SERVICE OF
FLORIDA, INC., a Florida profit corporation;
FLORIDA STAFFING SERVICE, INC.,
a Florida profit corporation; and,
TAMPA SERVICE COMPANY, INC.,
a Florida profit corporation
each d/b/a PACESETTER;
PACESETTER PERSONNEL;
PACESETTER PERSONNEL SERVICE;
PACESETTER PERSONNEL SERVICES;
PACESETTER PERSONNEL SERVICES, LLC;
PPS; and/or FW SERVICES,

    Defendants.
_____/

**PLAINTIFFS' RESPONSES TO
DEFENDANTS' SECOND SET OF INTERROGATORIES
DIRECTED TO NAMED PLAINTIFFS**
**(propounded December 17, 2021)**

    NAMED PLAINTIFFS, by and though her undersigned counsel and pursuant to Fed. R. Civ.

P. 33, hereby responds to Defendants' Second Set of Interrogatories as follows:

1

## INTERROGATORIES AND RESPONSES

INTERROGATORY NO. 1:

Describe your trial plan for adjudicating the claims contained in the Complaint on a collective basis. Include in your response how you will calculate damages for all claims in the proposed collective action.

**RESPONSE: Undersigned counsel, on behalf of Plaintiffs, object to this Interrogatory as it impermissibly seeks to discover the attorney thought processes, mental impressions, trial strategies and legal theories of Plaintiffs' counsel, as well as other information that is protected from disclosure by the attorney work product doctrine. Plaintiffs' counsel's "trial plan" or their strategies for proving elements of a case at trial are classic attorney work product.**

INTERROGATORY NO. 2:

Describe your trial plan for adjudicating the claims contained in the Complaint on a class basis. Include in your response how you will calculate damages for all claims in the proposed class action.

**RESPONSE: Undersigned counsel, on behalf of Plaintiffs, object to this Interrogatory as it impermissibly seeks to discover the attorney thought processes, mental impressions, trial strategies and legal theories of Plaintiffs' counsel, as well as other information that is protected from disclosure by the attorney work product doctrine. Plaintiffs' counsel's "trial plan" or their strategies for proving elements of a case at trial are classic attorney work product.**

**DATED:** January 6, 2022  
Boca Raton, Florida

Respectfully served,

BY: *s/Dion J. Cassata*  
Dion J. Cassata, Esq.  
Fla. Bar No. 672564  
*dion@cassatalaw.com*

CASSATA LAW, PLLC  
Boca Crown Centre  
7999 North Federal Highway, Suite 202  
Boca Raton, Florida 33487

Telephone: (954) 364-7803

*Counsel for Plaintiffs and the Classes/Collectives*