**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 20-60192-CIV-SINGHAL/VALLE

**SHANE VILLARINO, et al.,**

    **Plaintiffs,**
vs.

**PACESETTER PERSONNEL SERVICE, INC., et al.,**

    **Defendant.**    /

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, SHANE VILLARINO, LAURA J. JOHNSON, JEFFERY MONDY and JEROME GUNN, hereby appeal to the United States Court of Appeals for the Eleventh Circuit, with regard to the following:

    (1)    Order dated May 20, 2022 [D.E. 601], attached as **EXHIBIT A**;

    (2)    Order dated December 1, 2022 [D.E. 657], attached as **EXHIBIT B**;

    (3)    Amended Order dated January 3, 2023 [D.E. 661], attached as **EXHIBIT C**;

    (4)    Order dated February 2, 2023 [D.E. 677], attached as **EXHIBIT D**;

    (5)    Final Judgment dated February 23, 2023 [D.E. 687], attached as **EXHIBIT E**.

Dated: February 27, 2023

                                                        */s/ Andrew R. Frisch*
                                                         Andrew R. Frisch

FL Bar No.: 27777
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
T: (954) WORKERS
F: (954) 327-3013
Email:  afrisch@forthepeople.com


-and-

Dion J. Cassata
FL Bar No.: 672564
CASSATA LAW, PLLC
Boca Crown Centre
7999 North Federal Highway
Suite 202
Boca Raton, Florida 33487
T: (954) 364-7803

*Trial Counsel for Plaintiffs, Collective and Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February 2023, the foregoing document was filed using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Andrew R. Frisch*
Andrew R. Frisch