# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60192-CIV-SINGHAL/VALLE

SHANE VILLARINO, *et al.*,

     Plaintiffs,

v.

PACESETTER PERSONNEL
SERVICE, INC., *et al.,*

     Defendants.

_____/

## **FINAL JUDGMENT**

    **PURSUANT** to the Court's January 3, 2023, Amended Order GRANTING Defendants' Motion for Summary Judgment (DE [661]) on Plaintiffs' collective claims under the Fair Labor Standards Act and the Florida Minimum Wage Act (Counts I, II, and III), the Court enters this separate Final Judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants Pacesetter Personnel Service, Inc., Pacesetter Personnel Service of Florida, Inc., Florida Staffing Services, Inc., and Tampa Service Company, Inc., and against Plaintiffs and the opt-in Plaintiffs on Plaintiffs' collective claims under the Fair Labor Standards Act and the Florida Minimum Wage Act.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of February 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF